**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>**Western District of Tennessee, Western Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dormer, Arnold R. Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **6549** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**5672 Longacre Avenue**<br>**Bartlett, TN**<br><div align="right">ZIPCODE **38134**</div> | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><div align="right">ZIPCODE</div> |
| County of Residence or of the Principal Place of Business:<br>**Shelby** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**4541 Janice Drive**<br>**Memphis, TN**<br><div align="right">ZIPCODE **38122**</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIPCODE</div> |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><div align="right">ZIPCODE</div> | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 · ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose." · ☑ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Dormer, Arnold R. Jr.** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)  Page 3

| **Voluntary Petition** _(This page must be completed and filed in every case)_ | Name of Debtor(s):<br>**Dormer, Arnold R. Jr.** |
|---|---|

## Signatures

<table>
<tr>
<td>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Arnold R. Dormer, Jr._          **Arnold R. Dormer, Jr.**
_____
Signature of Debtor

X
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**August  4, 2011**
_____
Date

</td>
<td>

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
_____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

</td>
</tr>
<tr>
<td>

### Signature of Attorney*

X _/s/ Russell W. Savory_
_____
Signature of Attorney for Debtor(s)

**Russell W. Savory 12786**
**Gotten, Wilson, Savory & Beard, PLLC**
**88 Union Avenue 14th Floor**
**Memphis, TN  38103**
**(901) 523-1110  Fax: (901) 523-1139**
**russell.savory@gwsblaw.com**

**August  4, 2011**
_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X
_____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

_A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156._

</td>
</tr>
<tr>
<td>

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

</td>
<td></td>
</tr>
</table>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### Western District of Tennessee, Western Division

IN RE:                                                          Case No. _____

__Dormer, Arnold R. Jr.__                                      Chapter __11__

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☑ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: __/s/ Arnold R. Dormer, Jr.__ _____

Date: __August 4, 2011__ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Western District of Tennessee, Western Division

IN RE:                                                    Case No. _____

**Dormer, Arnold R. Jr.**                                 Chapter **11**

_____
            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Independent Bank**<br>**5050 Poplar Avenue**<br>**Memphis, TN  38157** | | | | **370,799.56**<br>**Collateral:**<br>**128,000.00**<br>**Unsecured:**<br>**254,194.06** |
| **Chase Home Finance**<br>**3415 Vision Drive**<br>**Columbus, OH  43219** | | | **Disputed** | **212,699.00** |
| **Independent Bank**<br>**5050 Poplar Avenue**<br>**Memphis, TN  38157** | | | | **143,968.04**<br>**Collateral:**<br>**57,000.00**<br>**Unsecured:**<br>**88,960.51** |
| **Bank Of  America**<br>**P.O. Box 15019**<br>**Wilmington, DE  19886** | | | | **70,000.00**<br>**Collateral:**<br>**5,000.00**<br>**Unsecured:**<br>**65,000.00** |
| **Bank Of  America**<br>**P.O. Box 15019**<br>**Wilmington, DE  19886** | **Weiss Spicer Cash, PLLC**<br>**208 Adams Avenue**<br>**Memphis, TN  38103** | | | **70,000.00**<br>**Collateral:**<br>**7,000.00**<br>**Unsecured:**<br>**63,000.00** |
| **Bank Of  America**<br>**P.O. Box 15019**<br>**Wilmington, DE  19886** | | | | **70,000.00**<br>**Collateral:**<br>**10,000.00**<br>**Unsecured:**<br>**60,000.00** |
| **Bank Of  America**<br>**P.O. Box 15019**<br>**Wilmington, DE  19886** | | | | **70,000.00**<br>**Collateral:**<br>**12,000.00**<br>**Unsecured:**<br>**58,000.00** |
| **America's Servicing Co.**<br>**P.O. Box 1820**<br>**Newark, NJ  07101-1820** | | | | **78,994.17**<br>**Collateral:**<br>**25,000.00**<br>**Unsecured:**<br>**53,994.17** |
| **Bank Of  America**<br>**P.O. Box 15019**<br>**Wilmington, DE  19886** | | | | **70,000.00**<br>**Collateral:**<br>**18,000.00**<br>**Unsecured:**<br>**52,000.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| **Chase**<br>**P.O. Box 9001123**<br>**Louisville, KY  40290-1123** | **76,300.60**<br>Collateral:<br>**25,000.00**<br>Unsecured:<br>**51,300.60** |
| **Chase**<br>**P.O. Box 9001123**<br>**Louisville, KY  40290-1123** | **76,300.60**<br>Collateral:<br>**25,000.00**<br>Unsecured:<br>**51,300.60** |
| **Chase**<br>**P.O. Box 9001123**<br>**Louisville, KY  40290-1123** | **76,300.60**<br>Collateral:<br>**25,000.00**<br>Unsecured:<br>**51,300.60** |
| **Chase**<br>**P.O. Box 9001123**<br>**Louisville, KY  40290-1123** | **76,193.58**<br>Collateral:<br>**25,000.00**<br>Unsecured:<br>**51,193.58** |
| **Bank Of  America**<br>**P.O. Box 15019**<br>**Wilmington, DE  19886** | **50,498.94** |
| **AHMSI**<br>**P.O. Box 660029**<br>**Dallas, TX  75266** | **75,298.16**<br>Collateral:<br>**25,000.00**<br>Unsecured:<br>**50,298.16** |
| **Gmac Mortgage**<br>**P.O. Box 79135**<br>**Phoenix, AZ  85062-9135** | **75,100.73**<br>Collateral:<br>**25,000.00**<br>Unsecured:<br>**50,100.73** |
| **Bank Of  America**<br>**P.O. Box 15019**<br>**Wilmington, DE  19886** | **70,000.00**<br>Collateral:<br>**20,000.00**<br>Unsecured:<br>**50,000.00** |
| **Bank Of  America**<br>**P.O. Box 15019**<br>**Wilmington, DE  19886** | **70,000.00**<br>Collateral:<br>**20,000.00**<br>Unsecured:<br>**50,000.00** |
| **AHMSI**<br>**P.O. Box 660029**<br>**Dallas, TX  75266** | **74,827.19**<br>Collateral:<br>**25,000.00**<br>Unsecured:<br>**49,827.19** |
| **AHMSI**<br>**P.O. Box 660029**<br>**Dallas, TX  75266** | **74,827.19**<br>Collateral:<br>**25,000.00**<br>Unsecured:<br>**49,827.19** |

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **August  4, 2011** _____ Signature */s/ Arnold R. Dormer, Jr.* _____
of Debtor

Arnold R. Dormer, Jr.

Date: _____ Signature _____
of Joint Debtor
(if any)

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Western District of Tennessee, Western Division**

IN RE:                                                          Case No. _____

Dormer, Arnold R. Jr. _____   Chapter **11** _____
                        Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 5 | $ 3,307,000.00 | | |
| B - Personal Property | Yes | 3 | $ 401,429.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 34 | | $ 8,870,487.91 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 3,500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $ 288,928.49 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 9,628.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 8,148.00 |
| | TOTAL | 51 | $ 3,708,429.00 | $ 9,162,916.40 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Form 6 - Statistical Summary (12/07)**

# United States Bankruptcy Court
## Western District of Tennessee, Western Division

IN RE:                                                        Case No. _____

**Dormer, Arnold R. Jr.** _____   Chapter **11** _____
<center>Debtor(s)</center>

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Dormer, Arnold R. Jr.**                                                                   Case No. _____
_____
Debtor(s)                                                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **0 Mountain Terrace (Parcel no. 071048 F00235) - vacant parcel** | | | 0.00 | 5,163.24 |
| **1064 North Holmes (titled in name of Spring Hill Irrevocable Trust)** | | | 6,000.00 | 0.00 |
| **1131 National** | | | 10,000.00 | 56,024.58 |
| **1137 National** | | | 10,000.00 | 1,185.56 |
| **1149 Merchant** | | | 7,000.00 | 70,000.00 |
| **1149 National** | | | 10,000.00 | 372,018.07 |
| **115 Crossfield Drive (2 lots), Springville, Tenn. (titled in name of Spring Hill Irrevocable Trust)** | | | 24,000.00 | 0.00 |
| **1152 Merchant - Duplex A1** | | | 8,000.00 | 26,615.48 |
| **1153 Merchant** | | | 5,000.00 | 70,000.00 |
| **1154 Merchant** | | | 8,000.00 | 26,574.32 |
| **1172 Panama** | | | 8,000.00 | 40,226.47 |
| **1276 Saxon - Debtor owns 25% interest in property - value stated is for entire property** | **Tenant in common** | J | 5,000.00 | 0.00 |
| **1438 Weymouth** | | | 15,000.00 | 372,333.53 |
| **1525 Roosevelt - Debtor owns 25% interest in property - value stated is for entire property** | **Tenant in common** | J | 15,000.00 | 25,224.95 |
| **1616 Oberle** | | | 8,000.00 | 371,591.23 |
| **1730 Marble** | | | 8,000.00 | 39,914.57 |
| **1762 Corning** | | | 19,000.00 | 48,846.36 |
| **1855 Whitney Ave.** | | | 19,000.00 | 47,650.34 |
| **207 Merton** | | | 13,000.00 | 13,735.83 |
| **211 Merton** | | | 13,000.00 | 13,735.83 |
| **214 Merton** | | | 35,000.00 | 52,757.85 |
| **215 Merton** | | | 13,000.00 | 372,528.57 |
| **2209 Durham Dr** | | | 15,000.00 | 371,345.14 |
| **2391 Hillside** | | | 19,000.00 | 40,000.00 |
| **2414 Durham Dr (also known as 2414 Mountain Terrace)** | | | 20,000.00 | 47,942.67 |
| **242 Williford** | | | 35,000.00 | 11,954.84 |
| **2422 Durham Dr** | | | 20,000.00 | 47,942.67 |
| **2448 Wellons** | | | 20,000.00 | 49,688.12 |
| | | **TOTAL** | 3,307,000.00 | |

(Report also on Summary of Schedules)

B6A (Official Form 6A) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.** _____    Case No. _____
Debtor(s)    (If known)

## SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2453 Knob | | | 20,000.00 | 49,599.96 |
| 2455 Rammesses | | | 20,000.00 | 49,102.18 |
| 2456 Wellons | | | 20,000.00 | 49,688.14 |
| 2461 Rammesses | | | 20,000.00 | 49,467.82 |
| 2462 Wellons | | | 20,000.00 | 49,652.46 |
| 2467 Rammesses | | | 20,000.00 | 49,599.96 |
| 2467 Yale | | | 20,000.00 | 70,000.00 |
| 2479 Dana Cv | | | 8,000.00 | 371,794.56 |
| 2492 Wellons | | | 20,000.00 | 54,577.24 |
| 2498 Wellons | | | 20,000.00 | 48,264.18 |
| 2505 Hale | | | 5,000.00 | 371,712.50 |
| 2512 LaBonte | | | 20,000.00 | 56,680.98 |
| 2514 Redvers | | | 20,000.00 | 56,137.05 |
| 2529 Selman | | | 12,000.00 | 39,914.57 |
| 2583 Hawkins Mill | | | 20,000.00 | 47,942.67 |
| 2589 Hawkins Mill | | | 20,000.00 | 47,915.49 |
| 2595 Hawkins Mill | | | 20,000.00 | 47,942.67 |
| 2603 Hawkins Mill | | | 20,000.00 | 42,200.93 |
| 3044 Coleman -Debtor owns 25% interest in property - value stated is for entire property | Tenant in common | J | 10,000.00 | 70,000.00 |
| 3048 Coleman (vacant lot) | | | 0.00 | 1,533.81 |
| 3067 Pershing | | | 10,000.00 | 371,709.13 |
| 3073 Pershing | | | 10,000.00 | 29,744.96 |
| 3216-3218 Mountain Terrace | | | 12,000.00 | 25,475.35 |
| 3314 Cicalla - Debtor owns 25% interest in property - value stated is for entire property | Tenant in common | J | 12,000.00 | 70,000.00 |
| 3356 Farmville | | | 12,000.00 | 40,485.21 |
| 3360 Farmville | | | 12,000.00 | 371,640.13 |
| 3370 Farmville | | | 10,000.00 | 22,624.54 |
| 3446 Farmville | | | 18,000.00 | 70,000.00 |
| 3569 Marion Ave | | | 30,000.00 | 57,561.45 |
| 3637 Townes | | | 15,000.00 | 46,166.38 |
| 3678 Fairoaks | | | 12,000.00 | 56,497.82 |
| 3708 Irma | | | 12,000.00 | 372,099.38 |
| 4005 Rangeline | | | 20,000.00 | 50,306.80 |
| 4007 Hofburg | | | 20,000.00 | 40,656.00 |
| 4011 Rangeline | | | 20,000.00 | 49,930.35 |
| 4022 McWeeny | | | 20,000.00 | 47,942.67 |
| 4037 Knob | | | 20,000.00 | 57,229.63 |
| 4039 Hofburg | | | 20,000.00 | 49,599.96 |

B6A (Official Form 6A) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.**                                                  Case No. _____
_____                                                                           _____
Debtor(s)                                                                                        (If known)

## SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 4041 Knob | | | 20,000.00 | 47,172.20 |
| 4045 Knob | | | 20,000.00 | 46,127.13 |
| 4049 Knob | | | 20,000.00 | 0.00 |
| 4053 Knob - Debtor owns 25% interest in property - value stated is for entire property | Tenant in common | J | 20,000.00 | 40,854.36 |
| 4056 Mountain Terrace - Debtor owns 25% interest in property - value stated is for entire property | Tenant in common | J | 20,000.00 | 56,442.03 |
| 4057 Knob | | | 20,000.00 | 46,082.42 |
| 4060 Mountain Terrace | | | 20,000.00 | 56,303.50 |
| 4061 Knob | | | 20,000.00 | 47,172.31 |
| 4065 Knob | | | 20,000.00 | 47,172.31 |
| 4066 Mountain Terrace | | | 20,000.00 | 56,561.91 |
| 4069 Knob | | | 20,000.00 | 70,000.00 |
| 4070 Knob | | | 20,000.00 | 39,149.79 |
| 4072 Mountain Terrace - Debtor owns 25% interest in property - value stated is for entire property | Tenant in common | J | 20,000.00 | 56,163.40 |
| 4073 Knob | | | 20,000.00 | 47,172.24 |
| 4077 Knob | | | 20,000.00 | 47,172.64 |
| 4078 Mountain Terrace - Debtor owns 25% interest in property - value stated is for entire property | Tenant in common | J | 20,000.00 | 56,138.95 |
| 4081 Knob | | | 20,000.00 | 47,172.26 |
| 4084 Mountain Terrace - Debtor owns 25% interest in property - value stated is for entire property | Tenant in common | J | 20,000.00 | 56,397.75 |
| 4084 Wagon Wheel Dr | | | 20,000.00 | 49,599.96 |
| 4090 Mountain Terrace | | | 20,000.00 | 56,372.96 |
| 4132 Mountain Terrace | | | 20,000.00 | 54,194.20 |
| 4134 Mountain Terrace | | | 20,000.00 | 50,501.65 |
| 4135 Mountain Terrace | | | 20,000.00 | 51,482.35 |
| 4141 Leroy | | | 20,000.00 | 34,583.70 |
| 4141 Mountain Terrace | | | 20,000.00 | 51,899.14 |
| 4142 Mountain Terrace | | | 20,000.00 | 48,531.28 |
| 4146 Mountain Terrace | | | 20,000.00 | 50,898.52 |
| 4147 Mountain Terrace | | | 20,000.00 | 51,819.49 |
| 4155 Mountain Terrace | | | 20,000.00 | 51,060.27 |
| 4156 Mountain Terrace | | | 20,000.00 | 51,722.14 |
| 4166 Mountain Terrace | | | 20,000.00 | 51,316.26 |
| 4167 Mountain Terrace | | | 20,000.00 | 371,417.42 |
| 4175 Mountain Terrace | | | 20,000.00 | 51,208.59 |
| 4183 Mountain Terrace | | | 20,000.00 | 51,938.84 |
| 4191 Mountain Terrace | | | 20,000.00 | 51,938.84 |
| 4193 Wagon Wheel Dr | | | 20,000.00 | 51,732.65 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 4205 Wagon Wheel Dr | | | 20,000.00 | 51,316.26 |
| 4206 Mountain Terrace | | | 20,000.00 | 47,942.67 |
| 4207 Beacon Hills Rd | | | 20,000.00 | 51,000.46 |
| 4209 Mountain Terrace | | | 20,000.00 | 51,264.64 |
| 4212 Beacon Hills Rd | | | 20,000.00 | 52,092.48 |
| 4228 Wagon Wheel Dr | | | 20,000.00 | 51,452.58 |
| 4233 Wagon Wheel Dr | | | 20,000.00 | 51,482.35 |
| 4234 Wagon Wheel Dr | | | 20,000.00 | 52,086.89 |
| 4237 Wagon Wheel Dr | | | 20,000.00 | 51,870.62 |
| 424 Carpenter - Debtor owns 25% interest in property - value stated is for entire property | Tenant in common | J | 10,000.00 | 40,993.27 |
| 4272 Hobson Cv | | | 15,000.00 | 29,453.97 |
| 4339 Waverly Farms | | | 32,000.00 | 145,043.96 |
| 4430 Cedar Bark Cv S | | | 25,000.00 | 71,626.36 |
| 4433 Cedar Bark Cv S | | | 25,000.00 | 71,510.42 |
| 4436 Cedar Bark Cv | | | 25,000.00 | 70,960.92 |
| 4436 Suncrest | | | 10,000.00 | 51,200.15 |
| 4439 Cedar Bark Cv S | | | 25,000.00 | 70,859.86 |
| 4442 Cedar Bark Cv S | | | 25,000.00 | 70,859.86 |
| 4445 Cedar Bark Cv | | | 25,000.00 | 72,144.42 |
| 4448 Cedar Bark Cv S | | | 25,000.00 | 69,490.83 |
| 4452 Cedar Bark Cv S | | | 25,000.00 | 69,870.02 |
| 4453 Cedar Bark Cv | | | 25,000.00 | 72,144.42 |
| 4474 Cedar Bark Cv S | | | 25,000.00 | 71,106.36 |
| 4541 Janice | | | 25,000.00 | 47,839.44 |
| 4545 Longtree | | | 25,000.00 | 73,665.08 |
| 4549 Cedar Leaf Cv | | | 25,000.00 | 71,765.60 |
| 4549 Longtree | | | 25,000.00 | 73,665.47 |
| 4550 Cedar Leaf Cv | | | 25,000.00 | 71,805.03 |
| 4551 Cedargreen Cv | | | 25,000.00 | 71,376.26 |
| 4555 Cedar Leaf Cv | | | 25,000.00 | 72,486.32 |
| 4555 Longtree | | | 25,000.00 | 74,148.09 |
| 4556 Cedar Leaf Cv | | | 25,000.00 | 70,000.00 |
| 4558 Cedar Leaf Cv | | | 25,000.00 | 65,972.53 |
| 4561 Longtree | | | 25,000.00 | 74,148.09 |
| 4567 Longtree | | | 25,000.00 | 73,985.83 |
| 4588 Longtree | | | 25,000.00 | 71,756.89 |
| 4589 Longtree | | | 25,000.00 | 71,756.89 |
| 5940 Wagon Hill Rd E | | | 25,000.00 | 72,830.55 |
| 5941 Wagon Hill Rd E | | | 25,000.00 | 72,663.30 |

B6A (Official Form 6A) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.**                                          Case No. _____
       Debtor(s)                                                              (If known)

## SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 5944 Wagon Hill Rd E | | | 25,000.00 | 71,406.02 |
| 5945 Wagon Hill Rd E | | | 25,000.00 | 72,343.40 |
| 5947 Wagon Hill Rd E | | | 25,000.00 | 72,577.00 |
| 5948 Wagon Hill Rd E | | | 25,000.00 | 73,652.76 |
| 5950 Wagon Hill Rd E | | | 25,000.00 | 76,300.60 |
| 5954 Wagon Hill Rd E | | | 25,000.00 | 76,193.58 |
| 5957 Wagon Hill Rd E | | | 25,000.00 | 74,726.22 |
| 5958 Wagon Hill Rd E | | | 25,000.00 | 75,298.16 |
| 5962 Wagon Hill Rd E | | | 25,000.00 | 74,827.19 |
| 5964 Wagon Hill Rd E | | | 25,000.00 | 74,827.19 |
| 5978 Wagon Hill Rd E | | | 25,000.00 | 74,219.84 |
| 5979 Prairie Cv | | | 25,000.00 | 74,726.22 |
| 5980 Prairie Cv | | | 25,000.00 | 144,884.59 |
| 5980 Wagon Hill Rd E | | | 25,000.00 | 75,100.73 |
| 5982 Wagon Hill Rd E | | | 25,000.00 | 76,300.60 |
| 5984 Wagon Hill Rd E | | | 25,000.00 | 71,406.02 |
| 5986 Wagon Hill Rd E | | | 25,000.00 | 76,300.60 |
| 5987 Wagon Hill Rd E | | | 25,000.00 | 74,219.84 |
| 5990 Wagon Hill Rd E | | | 25,000.00 | 73,747.58 |
| 5992 Wagon Hill Rd E | | | 25,000.00 | 78,994.17 |
| 5993 Wagon Hill Rd E | | | 25,000.00 | 74,124.48 |
| 5994 Wagon Hill Rd E | | | 25,000.00 | 73,747.58 |
| 5998 Wagon Hill Rd E | | | 25,000.00 | 74,726.22 |
| 635 Dunlap | | | 10,000.00 | 40,894.87 |
| 736 Loeb (titled in name of Spring Hill Irrevocable Trust) | | | 65,000.00 | 0.00 |
| 885 Bingham | | | 12,000.00 | 39,839.70 |
| 946 Faxon | | | 10,000.00 | 41,323.33 |
| 960 Faxon | | | 10,000.00 | 41,334.68 |

B6B (Official Form 6B) (12/07)

IN RE  Dormer, Arnold R. Jr.

Debtor(s)  Case No. _____

(If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash on hand | | 200.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank accounts | | 90,465.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | Ordinary household goods and furnishings | | 2,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Kinkade Print | | 400.00 |
| 6.  Wearing apparel. | | Ordinary wearing apparel | | 400.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Shotgun and pistol | | 400.00 |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Mass Mutual Life Insurance Policy cash surrender value (daughter is beneficiary) | | 9,972.00 |
| | | Mass Mutual Life Insurance Policy cash surrender value (daughter is beneficiary) | | 63,540.00 |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | Interest in Shrimp One, LLC | | 100,000.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Dormer, Arnold R. Jr.                Case No. _____
_____
          Debtor(s)                                     (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | **Three notes secured by deeds of trust on 1155 National, 1161 National, 3477 Kallaher and 3489 Kallaher (stated value is estimated based on value of underlying property less foreclosure expenses and property taxes)** | | 28,865.00 |
| 16. Accounts receivable. | | **Receivable from Michelle Pettigrew** | | 88,787.00 |
| | | **Rents Receivable (gross amount is $64,012 - stated value is amount estimated to be collectible)** | | 10,000.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **Interest as beneficiary in Spring Hill Irrevocable Trust - Properties titled in name of trust, and value thereof, are listed in Schedule A.** | | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1996 Toyota truck (250,000 miles)** | | 100.00 |
| | | **1997 Lincoln Towncar** | | 1,500.00 |
| | | **1997 Mercedes 300D (wrecked)** | | 500.00 |
| | | **1997 Mercury Grand Marquis** | | 1,500.00 |
| 26. Boats, motors, and accessories. | | **2 Jet Skis (one inoperable) and trailer** | | 1,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment** | | 300.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Parts and used air conditioning equipment** | | 1,000.00 |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.**

Debtor(s)                                                                Case No. _____

(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **401,429.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____  **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE **Dormer, Arnold R. Jr.** _____    Case No. _____
    Debtor(s)                                                        (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand** | **TCA § 26-2-103** | 200.00 | 200.00 |
| **Bank accounts** | **TCA § 26-2-103** | 2,500.00 | 90,465.00 |
| **Ordinary household goods and furnishings** | **TCA § 26-2-103** | 2,500.00 | 2,500.00 |
| **Kinkade Print** | **TCA § 26-2-103** | 400.00 | 400.00 |
| **Ordinary wearing apparel** | **TCA § 26-2-104** | 400.00 | 400.00 |
| **Shotgun and pistol** | **TCA § 26-2-103** | 400.00 | 400.00 |
| **Mass Mutual Life Insurance Policy cash surrender value (daughter is beneficiary)** | **TCA 56-7-203** | 9,972.00 | 9,972.00 |
| **Mass Mutual Life Insurance Policy cash surrender value (daughter is beneficiary)** | **TCA 56-7-203** | 63,540.00 | 63,540.00 |
| **1997 Lincoln Towncar** | **TCA § 26-2-103** | 1,500.00 | 1,500.00 |
| **1997 Mercury Grand Marquis** | **TCA § 26-2-103** | 1,500.00 | 1,500.00 |
| **2 Jet Skis (one inoperable) and trailer** | **TCA § 26-2-103** | 1,000.00 | 1,000.00 |
| **Office equipment** | **TCA § 26-2-111(4)** | 300.00 | 300.00 |
| **Parts and used air conditioning equipment** | **TCA § 26-2-111(4)** | 1,000.00 | 1,000.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

IN RE Dormer, Arnold R. Jr.
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**AHMSI**<br>**P.O. Box 660029**<br>**Dallas, TX  75266** | | | **4037 Knob**<br><br><br>VALUE $ **20,000.00** | | | | **57,229.63** | **37,229.63** |
| ACCOUNT NO.<br><br>**AHMSI**<br>**P.O. Box 660029**<br>**Dallas, TX  75266** | | | **2512 LaBonte**<br><br><br>VALUE $ **20,000.00** | | | | **56,680.98** | **36,680.98** |
| ACCOUNT NO.<br><br>**AHMSI**<br>**P.O. Box 660029**<br>**Dallas, TX  75266** | | | **4056 Mountain Terrace**<br><br><br>VALUE $ **20,000.00** | | | | **56,442.03** | **36,442.03** |
| ACCOUNT NO.<br><br>**AHMSI**<br>**P.O. Box 660029**<br>**Dallas, TX  75266** | | | **4060 Mountain Terrace**<br><br><br>VALUE $ **20,000.00** | | | | **56,303.50** | **36,303.50** |

___**33**___ continuation sheets attached

Subtotal
(Total of this page) $ **226,656.14**   $ **146,656.14**

Total
(Use only on last page) $ _____   $ _____

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.** _____   Case No. _____
Debtor(s)                                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **AHMSI** <br> **P.O. Box 660029** <br> **Dallas, TX 75266** | | | **4084 Mountain Terrace** <br><br> VALUE $ **20,000.00** | | | | **56,397.75** | **36,397.75** |
| ACCOUNT NO. <br> **AHMSI** <br> **P.O. Box 660029** <br> **Dallas, TX 75266** | | | **5979 Prairie Cv** <br><br> VALUE $ **25,000.00** | | | | **74,726.22** | **49,726.22** |
| ACCOUNT NO. <br> **AHMSI** <br> **P.O. Box 660029** <br> **Dallas, TX 75266** | | | **5957 Wagon Hill Rd E** <br><br> VALUE $ **25,000.00** | | | | **74,726.22** | **49,726.22** |
| ACCOUNT NO. <br> **AHMSI** <br> **P.O. Box 660029** <br> **Dallas, TX 75266** | | | **5958 Wagon Hill Rd E** <br><br> VALUE $ **25,000.00** | | | | **75,298.16** | **50,298.16** |
| ACCOUNT NO. <br> **AHMSI** <br> **P.O. Box 660029** <br> **Dallas, TX 75266** | | | **5962 Wagon Hill Rd E** <br><br> VALUE $ **25,000.00** | | | | **74,827.19** | **49,827.19** |
| ACCOUNT NO. <br> **AHMSI** <br> **P.O. Box 660029** <br> **Dallas, TX 75266** | | | **5964 Wagon Hill Rd E** <br><br> VALUE $ **25,000.00** | | | | **74,827.19** | **49,827.19** |

Sheet no. _____ **1** of _____ **33** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)     $ **430,802.73**   $ **285,802.73**

Total (Use only on last page)     $           $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.**                                    Case No. _____
_____
                    Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**AHMSI** <br>**P.O. Box 660029** <br>**Dallas, TX  75266** | | | **5998 Wagon Hill Rd E** <br><br><br> VALUE $ **25,000.00** | | | | 74,726.22 | 49,726.22 |
| ACCOUNT NO. <br><br>**America's Servicing Co.** <br>**P.O. Box 1820** <br>**Newark, NJ  07101-1820** | | | **4135 Mountain Terrace** <br><br><br> VALUE $ **20,000.00** | | | | 51,482.35 | 31,482.35 |
| ACCOUNT NO. <br><br>**America's Servicing Co.** <br>**P.O. Box 1820** <br>**Newark, NJ  07101-1820** | | | **4142 Mountain Terrace** <br><br><br> VALUE $ **20,000.00** | | | | 48,531.28 | 28,531.28 |
| ACCOUNT NO. <br><br>**America's Servicing Co.** <br>**P.O. Box 1820** <br>**Newark, NJ  07101-1820** | | | **4436 Suncrest** <br><br><br> VALUE $ **10,000.00** | | | | 51,200.15 | 41,200.15 |
| ACCOUNT NO. <br><br>**America's Servicing Co.** <br>**P.O. Box 1820** <br>**Newark, NJ  07101-1820** | | | **5944 Wagon Hill Rd E** <br><br><br> VALUE $ **25,000.00** | | | | 71,406.02 | 46,406.02 |
| ACCOUNT NO. <br><br>**America's Servicing Co.** <br>**P.O. Box 1820** <br>**Newark, NJ  07101-1820** | | | **5984 Wagon Hill Rd E** <br><br><br> VALUE $ **25,000.00** | | | | 71,406.02 | 46,406.02 |

Sheet no. _____**2** of _____**33** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)    $ **368,752.04**    $ **243,752.04**

Total (Use only on last page)    $                    $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE Dormer, Arnold R. Jr. _____    Case No. _____
          Debtor(s)                                       (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**America's Servicing Co.**<br>**P.O. Box 1820**<br>**Newark, NJ  07101-1820** | | | **5992 Wagon Hill Rd E**<br><br>VALUE $ **25,000.00** | | | | **78,994.17** | **53,994.17** |
| ACCOUNT NO.<br>**America's Servicing Co.**<br>**P.O. Box 1820**<br>**Newark, NJ  07101-1820** | | | **4193 Wagon Wheel Dr**<br><br>VALUE $ **20,000.00** | | | | **51,732.65** | **31,732.65** |
| ACCOUNT NO.<br>**America's Servicing Co.**<br>**P.O. Box 1820**<br>**Newark, NJ  07101-1820** | | | **4233 Wagon Wheel Dr**<br><br>VALUE $ **20,000.00** | | | | **51,482.35** | **31,482.35** |
| ACCOUNT NO.<br>**America's Servicing Co.**<br>**P.O. Box 1820**<br>**Newark, NJ  07101-1820** | | | **2498 Wellons**<br><br>VALUE $ **20,000.00** | | | | **48,264.18** | **28,264.18** |
| ACCOUNT NO.<br>**Ashley or Mason Bailey**<br>**2370 Brook Hollow Cove**<br>**Memphis, TN  38119** | | | **Secured by 3216-3218 Mountain Terrace**<br><br>VALUE $ **12,000.00** | | | | **25,000.00** | **13,475.35** |
| ACCOUNT NO.<br>**Aurora Loan Services**<br>**P.O. Box 78111**<br>**Phoenix, AZ  85062-8111** | | | **1762 Corning**<br><br>VALUE $ **19,000.00** | | | | **48,846.36** | **29,846.36** |

Sheet no. _____ **3** of _____ **33** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  $ **304,319.71** | $ **188,795.06**

Total
(Use only on last page)  $       | $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dormer, Arnold R. Jr.**                                                     Case No. _____
_____
Debtor(s)                                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Aurora Loan Services P.O. Box 78111 Phoenix, AZ  85062-8111** | | | **4146 Mountain Terrace** <br><br> VALUE $ **20,000.00** | | | | **50,898.52** | **30,898.52** |
| ACCOUNT NO. **Aurora Loan Services P.O. Box 78111 Phoenix, AZ  85062-8111** | | | **4155 Mountain Terrace** <br><br> VALUE $ **20,000.00** | | | | **51,060.27** | **31,060.27** |
| ACCOUNT NO. **Aurora Loan Services P.O. Box 78111 Phoenix, AZ  85062-8111** | | | **4156 Mountain Terrace** <br><br> VALUE $ **20,000.00** | | | | **51,722.14** | **31,722.14** |
| ACCOUNT NO. **Aurora Loan Services P.O. Box 78111 Phoenix, AZ  85062-8111** | | | **4175 Mountain Terrace** <br><br> VALUE $ **20,000.00** | | | | **51,208.59** | **31,208.59** |
| ACCOUNT NO. **Aurora Loan Services P.O. Box 78111 Phoenix, AZ  85062-8111** | | | **1855 Whitney Ave.** <br><br> VALUE $ **19,000.00** | | | | **47,650.34** | **28,650.34** |
| ACCOUNT NO. **Banco Popular North America Loan Ops 9600 West Bryn Mawr Rosemont, IL  60018** | | | **4132 Mountain Terrace** <br><br> VALUE $ **20,000.00** | | | | **53,600.00** | **34,194.20** |

Sheet no. ___**4**___ of ___**33**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | $ **306,139.86** | $ **187,734.06** |
|---|---|---|---|
| | Total (Use only on last page) | $ | $ |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.**
_____    Case No. _____
Debtor(s)                                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Bancorp South Mortgage** <br> **P.O. Box 3356** <br> **Tupelo, MS 38803-3356** | | | **885 Bingham** <br><br> VALUE $ **12,000.00** | | | | 39,839.70 | 27,839.70 |
| ACCOUNT NO. <br> **Bancorp South Mortgage** <br> **P.O. Box 3356** <br> **Tupelo, MS 38803-3356** | | | **4551 Cedargreen Cv** <br><br> VALUE $ **25,000.00** | | | | 71,376.26 | 46,376.26 |
| ACCOUNT NO. <br> **Bancorp South Mortgage** <br> **P.O. Box 3356** <br> **Tupelo, MS 38803-3356** | | | **4549 Cedar Leaf Cv** <br><br> VALUE $ **25,000.00** | | | | 71,765.60 | 46,765.60 |
| ACCOUNT NO. <br> **Bancorp South Mortgage** <br> **P.O. Box 3356** <br> **Tupelo, MS 38803-3356** | | | **4550 Cedar Leaf Cv** <br><br> VALUE $ **25,000.00** | | | | 71,805.03 | 46,805.03 |
| ACCOUNT NO. <br> **Bancorp South Mortgage** <br> **P.O. Box 3356** <br> **Tupelo, MS 38803-3356** | | | **4558 Cedar Leaf Cv** <br><br> VALUE $ **25,000.00** | | | | 65,972.53 | 40,972.53 |
| ACCOUNT NO. <br> **Bancorp South Mortgage** <br> **P.O. Box 3356** <br> **Tupelo, MS 38803-3356** | | | **3356 Farmville** <br><br> VALUE $ **12,000.00** | | | | 40,485.21 | 28,485.21 |

Sheet no. ____**5**____ of ____**33**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    $ **361,244.33**    $ **237,244.33**

Total
(Use only on last page)    $                     $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.**                                      Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bancorp South Mortgage**<br>**P.O. Box 3356**<br>**Tupelo, MS  38803-3356** | | | **3370 Farmville**<br><br>VALUE $ **10,000.00** | | | | 22,624.54 | 12,624.54 |
| ACCOUNT NO.<br>**Bancorp South Mortgage**<br>**P.O. Box 3356**<br>**Tupelo, MS  38803-3356** | | | **4070 Knob**<br><br>VALUE $ **20,000.00** | | | | 39,149.79 | 19,149.79 |
| ACCOUNT NO.<br>**Bancorp South Mortgage**<br>**P.O. Box 3356**<br>**Tupelo, MS  38803-3356** | | | **4545 Longtree**<br><br>VALUE $ **25,000.00** | | | | 73,665.08 | 48,665.08 |
| ACCOUNT NO.<br>**Bancorp South Mortgage**<br>**P.O. Box 3356**<br>**Tupelo, MS  38803-3356** | | | **4549 Longtree**<br><br>VALUE $ **25,000.00** | | | | 73,665.47 | 48,665.47 |
| ACCOUNT NO.<br>**Bancorp South Mortgage**<br>**P.O. Box 3356**<br>**Tupelo, MS  38803-3356** | | | **4555 Longtree**<br><br>VALUE $ **25,000.00** | | | | 74,148.09 | 49,148.09 |
| ACCOUNT NO.<br>**Bancorp South Mortgage**<br>**P.O. Box 3356**<br>**Tupelo, MS  38803-3356** | | | **4561 Longtree**<br><br>VALUE $ **25,000.00** | | | | 74,148.09 | 49,148.09 |

Sheet no. _____ **6** of _____ **33** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    $ **357,401.06**    $ **227,401.06**

Total
(Use only on last page)    $              $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.**                                    Case No. _____
_____                              (If known)
            Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Bancorp South Mortgage** <br> **P.O. Box 3356** <br> **Tupelo, MS  38803-3356** | | | **4567 Longtree** <br><br><br> VALUE $ **25,000.00** | | | | **73,985.83** | **48,985.83** |
| ACCOUNT NO. <br> **Bancorp South Mortgage** <br> **P.O. Box 3356** <br> **Tupelo, MS  38803-3356** | | | **1726 Marble** <br><br><br> VALUE $ | | | | **40,209.71** | **40,209.71** |
| ACCOUNT NO. <br> **Bancorp South Mortgage** <br> **P.O. Box 3356** <br> **Tupelo, MS  38803-3356** | | | **1730 Marble** <br><br><br> VALUE $ **8,000.00** | | | | **39,914.57** | **31,914.57** |
| ACCOUNT NO. <br> **Bancorp South Mortgage** <br> **P.O. Box 3356** <br> **Tupelo, MS  38803-3356** | | | **214 Merton** <br><br><br> VALUE $ **35,000.00** | | | | **52,757.85** | **17,757.85** |
| ACCOUNT NO. <br> **Bancorp South Mortgage** <br> **P.O. Box 3356** <br> **Tupelo, MS  38803-3356** | | | **2308 Pamela** <br><br><br> VALUE $ | | | | **29,585.21** | **29,585.21** |
| ACCOUNT NO. <br> **Bancorp South Mortgage** <br> **P.O. Box 3356** <br> **Tupelo, MS  38803-3356** | | | **3073 Pershing** <br><br><br> VALUE $ **10,000.00** | | | | **29,744.96** | **19,744.96** |

Sheet no. ____**7**__ of ____**33**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ **266,198.13** | $ **188,198.13** |
| Total (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.**          Case No. _____
_____
Debtor(s)                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Bancorp South Mortgage P.O. Box 3356 Tupelo, MS 38803-3356** | | | **2529 Selman** <br><br> VALUE $ **12,000.00** | | | | **39,914.57** | **27,914.57** |
| ACCOUNT NO. **Bancorp South Mortgage P.O. Box 3356 Tupelo, MS 38803-3356** | | | **3637 Townes** <br><br> VALUE $ **15,000.00** | | | | **46,166.38** | **31,166.38** |
| ACCOUNT NO. **Bank Of America P.O. Box 15019 Wilmington, DE 19886** | | | **4555 Cedar Leaf Cv** <br><br> VALUE $ **25,000.00** | | | | **72,486.32** | **47,486.32** |
| ACCOUNT NO. **Bank Of America P.O. Box 15019 Wilmington, DE 19886** | | | **4556 Cedar Leaf Cv** <br><br> VALUE $ **25,000.00** | | | | **70,000.00** | **45,000.00** |
| ACCOUNT NO. **Bank Of America P.O. Box 15019 Wilmington, DE 19886** | | | **3314 Cicalla** <br><br> VALUE $ **12,000.00** | | | | **70,000.00** | **58,000.00** |
| ACCOUNT NO. **Bank Of America P.O. Box 15019 Wilmington, DE 19886** | | | **3044 Coleman** <br><br> VALUE $ **10,000.00** | | | | **70,000.00** | **60,000.00** |

Sheet no. ____**8**__ of ____**33**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | $ **368,567.27** | $ **269,567.27** |
|---|---|---|---|
|  | Total (Use only on last page) | $ | $ |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.**                                    Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Bank Of America** <br> **P.O. Box 15019** <br> **Wilmington, DE 19886** | | | **3446 Farmville** <br><br> VALUE $ **18,000.00** | | | | **70,000.00** | **52,000.00** |
| ACCOUNT NO. <br> **Bank Of America** <br> **P.O. Box 15019** <br> **Wilmington, DE 19886** | | | **4069 Knob** <br><br> VALUE $ **20,000.00** | | | | **70,000.00** | **50,000.00** |
| ACCOUNT NO. <br> **Bank Of America** <br> **P.O. Box 15019** <br> **Wilmington, DE 19886** | | | **1149 Merchant** <br><br> VALUE $ **7,000.00** | | | | **70,000.00** | **63,000.00** |
| ACCOUNT NO. <br> **Weiss Spicer Cash, PLLC** <br> **208 Adams Avenue** <br> **Memphis, TN 38103** | | | **Assignee or other notification for:** <br> **Bank Of America** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br> **Bank Of America** <br> **P.O. Box 15019** <br> **Wilmington, DE 19886** | | | **1153 Merchant** <br><br> VALUE $ **5,000.00** | | | | **70,000.00** | **65,000.00** |
| ACCOUNT NO. <br> **Bank Of America** <br> **P.O. Box 15019** <br> **Wilmington, DE 19886** | | | **2467 Yale** <br><br> VALUE $ **20,000.00** | | | | **70,000.00** | **50,000.00** |

Sheet no. ____**9** of ____**33** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    $ **350,000.00**   $  **280,000.00**

Total
(Use only on last page)    $                 $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.**                                      Case No. _____
_____
        Debtor(s)                                                (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Central Loan Administration & Reporting P.O. Box 11733 Newark, NJ 07101-4733** | | | **4066 Mountain Terrace** <br><br> VALUE $ **20,000.00** | | | | **56,561.91** | **36,561.91** |
| ACCOUNT NO. **Central Loan Administration & Reporting P.O. Box 11733 Newark, NJ 07101-4733** | | | **4072 Mountain Terrace** <br><br> VALUE $ **20,000.00** | | | | **56,163.40** | **36,163.40** |
| ACCOUNT NO. **Central Loan Administration & Reporting P.O. Box 11733 Newark, NJ 07101-4733** | | | **4078 Mountain Terrace** <br><br> VALUE $ **20,000.00** | | | | **56,138.95** | **36,138.95** |
| ACCOUNT NO. **Central Loan Administration & Reporting P.O. Box 11733 Newark, NJ 07101-4733** | | | **4090 Mountain Terrace** <br><br> VALUE $ **20,000.00** | | | | **56,372.96** | **36,372.96** |
| ACCOUNT NO. **Central Loan Administration & Reporting P.O. Box 11733 Newark, NJ 07101-4733** | | | **2514 Redvers** <br><br> VALUE $ **20,000.00** | | | | **56,137.05** | **36,137.05** |
| ACCOUNT NO. **Chase P.O. Box 9001123 Louisville, KY 40290-1123** | | | **424 Carpenter** <br><br> VALUE $ **10,000.00** | | | | **40,993.27** | **30,993.27** |

Sheet no. **10** of **33** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     $ **322,367.54**   $ **212,367.54**

Total
(Use only on last page)     $                  $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.**                                      Case No. _____
_____
          Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Chase** **P.O. Box 9001123** **Louisville, KY  40290-1123** | | | **4436 Cedar Bark Cv**  VALUE $ **25,000.00** | | | | **70,960.92** | **45,960.92** |
| ACCOUNT NO.  **Chase** **P.O. Box 9001123** **Louisville, KY  40290-1123** | | | **4445 Cedar Bark Cv**  VALUE $ **25,000.00** | | | | **72,144.42** | **47,144.42** |
| ACCOUNT NO.  **Chase** **P.O. Box 9001123** **Louisville, KY  40290-1123** | | | **4453 Cedar Bark Cv**  VALUE $ **25,000.00** | | | | **72,144.42** | **47,144.42** |
| ACCOUNT NO.  **Chase** **P.O. Box 9001123** **Louisville, KY  40290-1123** | | | **635 Dunlap**  VALUE $ **10,000.00** | | | | **40,894.87** | **30,894.87** |
| ACCOUNT NO.  **Chase** **P.O. Box 9001123** **Louisville, KY  40290-1123** | | | **2414 Durham Dr**  VALUE $ **20,000.00** | | | | **47,942.67** | **27,942.67** |
| ACCOUNT NO.  **Chase** **P.O. Box 9001123** **Louisville, KY  40290-1123** | | | **2422 Durham Dr**  VALUE $ **20,000.00** | | | | **47,942.67** | **27,942.67** |

Sheet no. ___**11**___ of ___**33**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                    $ **352,029.97**     $ **227,029.97**

Total
(Use only on last page)                 $                    $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.**                                    Case No. _____
_____                              _____
           Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Chase** **P.O. Box 9001123** **Louisville, KY 40290-1123** | | | **946 Faxon** <br><br> VALUE $ **10,000.00** | | | | 41,323.33 | 31,323.33 |
| ACCOUNT NO. **Chase** **P.O. Box 9001123** **Louisville, KY 40290-1123** | | | **960 Faxon** <br><br> VALUE $ **10,000.00** | | | | 41,334.68 | 31,334.68 |
| ACCOUNT NO. **Chase** **P.O. Box 9001123** **Louisville, KY 40290-1123** | | | **2583 Hawkins Mill** <br><br> VALUE $ **20,000.00** | | | | 47,942.67 | 27,942.67 |
| ACCOUNT NO. **Chase** **P.O. Box 9001123** **Louisville, KY 40290-1123** | | | **2589 Hawkins Mill** <br><br> VALUE $ **20,000.00** | | | | 47,915.49 | 27,915.49 |
| ACCOUNT NO. **Chase** **P.O. Box 9001123** **Louisville, KY 40290-1123** | | | **2595 Hawkins Mill** <br><br> VALUE $ **20,000.00** | | | | 47,942.67 | 27,942.67 |
| ACCOUNT NO. **Chase** **P.O. Box 9001123** **Louisville, KY 40290-1123** | | | **2603 Hawkins Mill** <br><br> VALUE $ **20,000.00** | | | | 42,200.93 | 22,200.93 |

Sheet no. ___**12**___ of ___**33**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                    $ 268,659.77    $ 168,659.77

Total
(Use only on last page)                 $                $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE Dormer, Arnold R. Jr.
_____    Case No. _____
Debtor(s)    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Chase <br> P.O. Box 9001123 <br> Louisville, KY  40290-1123** | | | **4007 Hofburg** <br><br> VALUE $ **20,000.00** | | | | **40,656.00** | **20,656.00** |
| ACCOUNT NO. <br> **Chase <br> P.O. Box 9001123 <br> Louisville, KY  40290-1123** | | | **4039 Hofburg** <br><br> VALUE $ **20,000.00** | | | | **49,599.96** | **29,599.96** |
| ACCOUNT NO. <br> **Chase <br> P.O. Box 9001123 <br> Louisville, KY  40290-1123** | | | **4541 Janice** <br><br> VALUE $ **25,000.00** | | | | **47,839.44** | **22,839.44** |
| ACCOUNT NO. <br> **Chase <br> P.O. Box 94014 <br> Palatine, IL  60094** | | | **2453 Knob** <br><br> VALUE $ **20,000.00** | | | | **49,599.96** | **29,599.96** |
| ACCOUNT NO. <br> **Chase <br> P.O. Box 9001123 <br> Louisville, KY  40290-1123** | | | **4045 Knob** <br><br> VALUE $ **20,000.00** | | | | **46,127.13** | **26,127.13** |
| ACCOUNT NO. <br> **Wilson & Associates <br> 1521 Merrill Drive, Suite D-220 <br> Little Rock, AR  72211** | | | **Assignee or other notification for: Chase** <br><br> VALUE $ | | | | | |

Sheet no. ____**13**____ of ____**33**____ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)    $ **233,822.49**    $ **128,822.49**

Total (Use only on last page)    $ ____    $ ____

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.**                                     Case No. _____
 _____
            Debtor(s)                                                  (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Chase<br>P.O. Box 9001123<br>Louisville, KY  40290-1123** | | | **4053 Knob**<br><br>VALUE $ **20,000.00** | | | | 40,854.36 | 20,854.36 |
| ACCOUNT NO.<br>**Chase<br>P.O. Box 9001123<br>Louisville, KY  40290-1123** | | | **4057 Knob**<br><br>VALUE $ **20,000.00** | | | | 46,082.42 | 26,082.42 |
| ACCOUNT NO.<br>**Chase<br>P.O. Box 9001123<br>Louisville, KY  40290-1123** | | | **4141 Leroy**<br><br>VALUE $ **20,000.00** | | | | 34,583.70 | 14,583.70 |
| ACCOUNT NO.<br>**Chase<br>P.O. Box 9001123<br>Louisville, KY  40290-1123** | | | **4022 McWeeny**<br><br>VALUE $ **20,000.00** | | | | 47,942.67 | 27,942.67 |
| ACCOUNT NO.<br>**Chase<br>P.O. Box 9001123<br>Louisville, KY  40290-1123** | | | **207 Merton**<br><br>VALUE $ **26,000.00** | | | | 13,735.83 | |
| ACCOUNT NO.<br>**Chase<br>P.O. Box 9001123<br>Louisville, KY  40290-1123** | | | **211 Merton**<br><br>VALUE $ | | | | 14,055.94 | 14,055.94 |

Sheet no. ____**14**__ of ___**33**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | $ 197,254.92 | $ 103,519.09 |
|---|---|---|---|
| | Total (Use only on last page) | $ | $ |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.** _____   Case No. _____
                   **Debtor(s)**                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Chase** P.O. Box 9001123 Louisville, KY 40290-1123 | | | **4134 Mountain Terrace** VALUE $ **20,000.00** | | | | 50,501.65 | 30,501.65 |
| ACCOUNT NO. **Chase** P.O. Box 9001123 Louisville, KY 40290-1123 | | | **4206 Mountain Terrace** VALUE $ **20,000.00** | | | | 47,942.67 | 27,942.67 |
| ACCOUNT NO. **Chase** P.O. Box 9001123 Louisville, KY 40290-1123 | | | **1172 Panama** VALUE $ **8,000.00** | | | | 40,226.47 | 32,226.47 |
| ACCOUNT NO. **Chase** P.O. Box 9001123 Louisville, KY 40290-1123 | | | **2455 Rammesses** VALUE $ **20,000.00** | | | | 49,102.18 | 29,102.18 |
| ACCOUNT NO. **Chase** P.O. Box 9001123 Louisville, KY 40290-1123 | | | **2461 Rammesses** VALUE $ **20,000.00** | | | | 49,467.82 | 29,467.82 |
| ACCOUNT NO. **Chase** P.O. Box 9001123 Louisville, KY 40290-1123 | | | **2467 Rammesses** VALUE $ **20,000.00** | | | | 49,599.96 | 29,599.96 |

Sheet no. **15** of **33** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)   $ **286,840.75**   $ **178,840.75**

Total
(Use only on last page)   $   $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.** _____    Case No. _____
Debtor(s)                                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Chase<br>P.O. Box 9001123<br>Louisville, KY 40290-1123** | | | **4005 Rangeline**<br><br><br>VALUE $ **20,000.00** | | | | **50,306.80** | **30,306.80** |
| ACCOUNT NO. <br><br>**Chase<br>P.O. Box 9001123<br>Louisville, KY 40290-1123** | | | **4011 Rangeline**<br><br><br>VALUE $ **20,000.00** | | | | **49,930.35** | **29,930.35** |
| ACCOUNT NO. <br><br>**Chase<br>P.O. Box 9001123<br>Louisville, KY 40290-1123** | | | **1275 Saxon**<br><br><br>VALUE $ | | | | **41,688.93** | **41,688.93** |
| ACCOUNT NO. <br><br>**Chase<br>P.O. Box 9001123<br>Louisville, KY 40290-1123** | | | **5950 Wagon Hill Rd E**<br><br><br>VALUE $ **25,000.00** | | | | **76,300.60** | **51,300.60** |
| ACCOUNT NO. <br><br>**Chase<br>P.O. Box 9001123<br>Louisville, KY 40290-1123** | | | **5954 Wagon Hill Rd E**<br><br><br>VALUE $ **25,000.00** | | | | **76,193.58** | **51,193.58** |
| ACCOUNT NO. <br><br>**Chase<br>P.O. Box 9001123<br>Louisville, KY 40290-1123** | | | **5982 Wagon Hill Rd E**<br><br><br>VALUE $ **25,000.00** | | | | **76,300.60** | **51,300.60** |

Sheet no. ____**16**__ of ___**33**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ **370,720.86** | $ **255,720.86** |
| Total (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.**                  Case No. _____
                 Debtor(s)                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Chase<br>P.O. Box 9001123<br>Louisville, KY  40290-1123** | | | **5986 Wagon Hill Rd E**<br><br><br>VALUE $ **25,000.00** | | | | **76,300.60** | **51,300.60** |
| ACCOUNT NO.<br>**Chase<br>P.O. Box 9001123<br>Louisville, KY  40290-1123** | | | **4084 Wagon Wheel Dr**<br><br><br>VALUE $ **20,000.00** | | | | **49,599.96** | **29,599.96** |
| ACCOUNT NO.<br>**Chase<br>P.O. Box 9001123<br>Louisville, KY  40290-1123** | | | **4228 Wagon Wheel Dr**<br><br><br>VALUE $ **20,000.00** | | | | **51,452.58** | **31,452.58** |
| ACCOUNT NO.<br>**Chase<br>P.O. Box 94014<br>Palatine, IL  60094** | | | **242 Williford**<br><br><br>VALUE $ **35,000.00** | | | | **11,954.84** | |
| ACCOUNT NO.<br>**City Of Memphis<br>P.O.Box 185<br>Memphis, TN  38101** | | | **Property Taxes - 3048 Coleman**<br><br><br>VALUE $ | | | | **1,069.08** | **1,069.08** |
| ACCOUNT NO.<br>**Linebarger Goggan Blair & Sampson Llp<br>Attorneys At Law<br>40 S. Main Street, Ste 2250<br>Memphis, TN  38103** | | | **Assignee or other notification for:<br>City Of Memphis**<br><br><br>VALUE $ | | | | | |

Sheet no. ___**17**___ of ___**33**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)   $ **190,377.06**   $ **113,422.22**

Total (Use only on last page)   $   $

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.**                                                          Case No. _____
_____
          Debtor(s)                                                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **City Of Memphis P.O.Box 185 Memphis, TN 38101** | | | **Property tax - Parcel No. 071048 F00235 (0 Mountain Terrace)** <br><br> VALUE $ | | | | **4,489.08** | **4,489.08** |
| ACCOUNT NO. **City Of Memphis P.O.Box 185 Memphis, TN 38101** | | | <br><br> VALUE $ | | | | **0.00** | |
| ACCOUNT NO. **Linebarger Goggan Blair & Sampson Llp Attorneys At Law 40 S. Main Street, Ste 2250 Memphis, TN 38103** | | | **Assignee or other notification for: City Of Memphis** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. **City Of Memphis P.O.Box 185 Memphis, TN 38101** | | | **0 Berkshire - Parcel no. 062-0560-0001-160** <br><br> VALUE $ | | | | **937.00** | **937.00** |
| ACCOUNT NO. **City Of Memphis P.O.Box 185 Memphis, TN 38101** | | | **2479 Dana Cove** <br><br> VALUE $ **8,000.00** | | | | **686.07** | |
| ACCOUNT NO. **City Of Memphis P.O.Box 185 Memphis, TN 38101** | | | **3678 Fairoaks** <br><br> VALUE $ **12,000.00** | | | | **1,170.27** | |

Sheet no. ____**18**____ of ____**33**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)      $ **7,282.42**   $ **5,426.08**

Total
(Use only on last page)   $              $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE __Dormer, Arnold R. Jr.__                                     Case No. _____
                      Debtor(s)                                                  (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**City Of Memphis**<br>**P.O.Box 185**<br>**Memphis, TN 38101** | | | **2505 Hale**<br><br>VALUE $ **5,000.00** | | | | **630.61** | |
| ACCOUNT NO.<br>**City Of Memphis**<br>**P.O.Box 185**<br>**Memphis, TN 38101** | | | **4272 Hobson Cv**<br><br>VALUE $ **15,000.00** | | | | **1,296.89** | |
| ACCOUNT NO.<br>**City Of Memphis**<br>**P.O.Box 185**<br>**Memphis, TN 38101** | | | **3708 Irma**<br><br>VALUE $ **12,000.00** | | | | **888.21** | |
| ACCOUNT NO.<br>**City Of Memphis**<br>**P.O.Box 185**<br>**Memphis, TN 38101** | | | **215 Merton**<br><br>VALUE $ **13,000.00** | | | | **1,176.95** | |
| ACCOUNT NO.<br>**City Of Memphis**<br>**P.O.Box 185**<br>**Memphis, TN 38101** | | | **1131 National**<br><br>VALUE $ **10,000.00** | | | | **850.43** | |
| ACCOUNT NO.<br>**City Of Memphis**<br>**P.O.Box 185**<br>**Memphis, TN 38101** | | | **1137 National**<br><br>VALUE $ **10,000.00** | | | | **814.82** | |

Sheet no. ___**19**___ of ___**33**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ **5,657.91**  $

Total
(Use only on last page) $            $

(Report also on Summary of Schedules.)        (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.**                                        Case No. _____
_____                                        (If known)
                    Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**City Of Memphis**<br>**P.O.Box 185**<br>**Memphis, TN 38101** | | | **1149 National**<br><br>VALUE $ **10,000.00** | | | | **837.12** | |
| ACCOUNT NO.<br>**City Of Memphis**<br>**P.O.Box 185**<br>**Memphis, TN 38101** | | | **1616 Oberle**<br><br>VALUE $ **8,000.00** | | | | **366.59** | |
| ACCOUNT NO.<br>**City Of Memphis**<br>**P.O.Box 185**<br>**Memphis, TN 38101** | | | **3067 Pershing**<br><br>VALUE $ **10,000.00** | | | | **628.33** | |
| ACCOUNT NO.<br>**City Of Memphis**<br>**P.O.Box 185**<br>**Memphis, TN 38101** | | | **1525 Roosevelt**<br><br>VALUE $ **15,000.00** | | | | **367.51** | |
| ACCOUNT NO.<br>**City Of Memphis**<br>**P.O.Box 185**<br>**Memphis, TN 38101** | | | **2492 Wellons**<br><br>VALUE $ **20,000.00** | | | | **3,260.98** | |
| ACCOUNT NO.<br>**City Of Memphis**<br>**P.O.Box 185**<br>**Memphis, TN 38101** | | | **1438 Weymouth**<br><br>VALUE $ **15,000.00** | | | | **1,050.34** | |

Sheet no. **20** of **33** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    $ **6,510.87**    $

Total
(Use only on last page)    $                    $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.**                                        Case No. _____
_____
Debtor(s)                                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**City Of Memphis**<br>**P.O.Box 185**<br>**Memphis, TN  38101** | | | **3360 Farmville**<br><br>VALUE $ **12,000.00** | | | | **258.86** | |
| ACCOUNT NO.<br>**EMC Payment Processing**<br>**P.O. Box 660753**<br>**Dallas, TX  75266-0753** | | | **4141 Mountain Terrace**<br><br>VALUE $ **20,000.00** | | | | **51,899.14** | **31,899.14** |
| ACCOUNT NO.<br>**EMC Payment Processing**<br>**P.O. Box 660753**<br>**Dallas, TX  75266-0753** | | | **4166 Mountain Terrace**<br><br>VALUE $ **20,000.00** | | | | **51,316.26** | **31,316.26** |
| ACCOUNT NO.<br>**EMC Payment Processing**<br>**P.O. Box 660753**<br>**Dallas, TX  75266-0753** | | | **4183 Mountain Terrace**<br><br>VALUE $ **20,000.00** | | | | **51,938.84** | **31,938.84** |
| ACCOUNT NO.<br>**EMC Payment Processing**<br>**P.O. Box 660753**<br>**Dallas, TX  75266-0753** | | | **4191 Mountain Terrace**<br><br>VALUE $ **20,000.00** | | | | **51,938.84** | **31,938.84** |
| ACCOUNT NO.<br>**EMC Payment Processing**<br>**P.O. Box 660753**<br>**Dallas, TX  75266-0753** | | | **4209 Mountain Terrace**<br><br>VALUE $ **20,000.00** | | | | **51,264.64** | **31,264.64** |

Sheet no. _____**21**_____ of _____**33**_____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)  $ **258,616.58**  $ **158,357.72**

Total (Use only on last page)  $  $

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.** _____    Case No. _____
<br>                  Debtor(s)                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**EMC Payment Processing**<br>**P.O. Box 660753**<br>**Dallas, TX 75266-0753** | | | **5948 Wagon Hill Rd E**<br><br>VALUE $ **25,000.00** | | | | **73,652.76** | **48,652.76** |
| ACCOUNT NO.<br>**EMC Payment Processing**<br>**P.O. Box 660753**<br>**Dallas, TX 75266-0753** | | | **5990 Wagon Hill Rd E**<br><br>VALUE $ **25,000.00** | | | | **73,747.58** | **48,747.58** |
| ACCOUNT NO.<br>**EMC Payment Processing**<br>**P.O. Box 660753**<br>**Dallas, TX 75266-0753** | | | **5994 Wagon Hill Rd E**<br><br>VALUE $ **25,000.00** | | | | **73,747.58** | **48,747.58** |
| ACCOUNT NO.<br>**EMC Payment Processing**<br>**P.O. Box 660753**<br>**Dallas, TX 75266-0753** | | | **4205 Wagon Wheel Dr**<br><br>VALUE $ **20,000.00** | | | | **51,316.26** | **31,316.26** |
| ACCOUNT NO.<br>**EMC Payment Processing**<br>**P.O. Box 660753**<br>**Dallas, TX 75266-0753** | | | **4237 Wagon Wheel Dr**<br><br>VALUE $ **20,000.00** | | | | **51,870.62** | **31,870.62** |
| ACCOUNT NO.<br>**EMC Payment Processing**<br>**P.O. Box 660753**<br>**Dallas, TX 75266-0753** | | | **2492 Wellons**<br><br>VALUE $ **20,000.00** | | | | **51,316.26** | **34,577.24** |

Sheet no. ____**22**____ of ____**33**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    $ **375,651.06**    $ **243,912.04**

Total
(Use only on last page)    $ _____    $ _____

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE  Dormer, Arnold R. Jr.                                                          Case No. _____
                  Debtor(s)                                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Gmac Mortgage <br> P.O. Box 79135 <br> Phoenix, AZ  85062-9135** | | | **4207 Beacon Hills Rd** <br><br><br> VALUE $ **20,000.00** | | | | **51,000.46** | **31,000.46** |
| ACCOUNT NO. <br> **Gmac Mortgage <br> P.O. Box 79135 <br> Phoenix, AZ  85062-9135** | | | **3569 Marion Ave** <br><br><br> VALUE $ **30,000.00** | | | | **57,561.45** | **27,561.45** |
| ACCOUNT NO. <br> **Gmac Mortgage <br> P.O. Box 79135 <br> Phoenix, AZ  85062-9135** | | | **1152 Merchant - Duplex A1** <br><br><br> VALUE $ **8,000.00** | | | | **26,615.48** | **18,615.48** |
| ACCOUNT NO. <br> **Gmac Mortgage <br> P.O. Box 79135 <br> Phoenix, AZ  85062-9135** | | | **5940 Wagon Hill Rd E** <br><br><br> VALUE $ **25,000.00** | | | | **72,830.55** | **47,830.55** |
| ACCOUNT NO. <br> **Gmac Mortgage <br> P.O. Box 79135 <br> Phoenix, AZ  85062-9135** | | | **5941 Wagon Hill Rd E** <br><br><br> VALUE $ **25,000.00** | | | | **72,663.30** | **47,663.30** |
| ACCOUNT NO. <br> **Gmac Mortgage <br> P.O. Box 79135 <br> Phoenix, AZ  85062-9135** | | | **5945 Wagon Hill Rd E** <br><br><br> VALUE $ **25,000.00** | | | | **72,343.40** | **47,343.40** |

Sheet no. **23** of **33** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     $ **353,014.64**     $ **220,014.64**

Total
(Use only on last page)     $                  $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE <u>Dormer, Arnold R. Jr.</u>                                                        Case No. _____
          Debtor(s)                                                                 (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Gmac Mortgage**<br>**P.O. Box 79135**<br>**Phoenix, AZ  85062-9135** | | | **5947 Wagon Hill Rd E**<br><br><br>VALUE $ **25,000.00** | | | | **72,577.00** | **47,577.00** |
| ACCOUNT NO.<br><br>**Gmac Mortgage**<br>**P.O. Box 79135**<br>**Phoenix, AZ  85062-9135** | | | **5978 Wagon Hill Rd E**<br><br><br>VALUE $ **25,000.00** | | | | **74,219.84** | **49,219.84** |
| ACCOUNT NO.<br><br>**Gmac Mortgage**<br>**P.O. Box 79135**<br>**Phoenix, AZ  85062-9135** | | | **5980 Wagon Hill Rd E**<br><br><br>VALUE $ **25,000.00** | | | | **75,100.73** | **50,100.73** |
| ACCOUNT NO.<br><br>**Gmac Mortgage**<br>**P.O. Box 79135**<br>**Phoenix, AZ  85062-9135** | | | **5987 Wagon Hill Rd E**<br><br><br>VALUE $ **25,000.00** | | | | **74,219.84** | **49,219.84** |
| ACCOUNT NO.<br><br>**Gmac Mortgage**<br>**P.O. Box 79135**<br>**Phoenix, AZ  85062-9135** | | | **5993 Wagon Hill Rd E**<br><br><br>VALUE $ **25,000.00** | | | | **74,124.48** | **49,124.48** |
| ACCOUNT NO.<br><br>**Independent Bank**<br>**5050 Poplar Avenue**<br>**Memphis, TN  38157** | | | **Secured by 5980 Prairie Cove and 4339 Waverly Farms**<br><br><br>VALUE $ **57,000.00** | | | | **143,968.04** | **88,960.51** |

Sheet no. ___**24**___ of ___**33**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                          Subtotal
         (Total of this page)  $ **514,209.93** | $ **334,202.40**

                          Total
  (Use only on last page)  $ | $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE Dormer, Arnold R. Jr.        Case No. _____

_____
Debtor(s)                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Independent Bank<br>5050 Poplar Avenue<br>Memphis, TN 38157 | | | Secured by 2479 Dana Cove, 2209 Durham, 3360 Farmville, 2505 Hale, 3708 Irma, 215 Merton, 4167 Mountain Terrace, 1149 National, 1616 Oberle, 3067 Pershing, 1438 Weymouth<br>VALUE $ **128,000.00** | | | | 370,799.56 | 254,194.06 |
| ACCOUNT NO.<br><br>Insouth Bank<br>P.O. Box 627<br>Covington, TN 38019 | | | 3678 Fairoaks and 1131 National<br><br><br>VALUE $ **22,000.00** | | | | 54,786.37 | 35,736.03 |
| ACCOUNT NO.<br><br>Insouth Bank<br>P.O. Box 627<br>Covington, TN 38019 | | | 4272 Hobson Cv<br><br><br>VALUE $ **15,000.00** | | | | 27,546.65 | 14,453.97 |
| ACCOUNT NO.<br><br>Insouth Bank<br>P.O. Box 627<br>Covington, TN 38019 | | | 1525 Roosevelt<br><br><br>VALUE $ **15,000.00** | | | | 24,431.32 | 10,224.95 |
| ACCOUNT NO.<br><br>Litton Loan Servicing LP<br>P.O. Box 4387<br>Houston, TX 77210-4387 | | | 4212 Beacon Hills Rd<br><br><br>VALUE $ **20,000.00** | | | | 52,092.48 | 32,092.48 |
| ACCOUNT NO.<br><br>Litton Loan Servicing LP<br>P.O. Box 4387<br>Houston, TX 77210-4387 | | | 4430 Cedar Bark Cv S<br><br><br>VALUE $ **25,000.00** | | | | 71,626.36 | 46,626.36 |

Sheet no. ___**25**___ of ___**33**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)   $ **601,282.74**   $ **393,327.85**

Total
(Use only on last page)   $ _____   $ _____

            (Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.**
          Debtor(s)                         Case No. _____
                                                  (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Litton Loan Servicing LP<br>P.O. Box 4387<br>Houston, TX 77210-4387** | | | **4433 Cedar Bark Cv S**<br><br>VALUE $ **25,000.00** | | | | **71,510.42** | **46,510.42** |
| ACCOUNT NO.<br>**Litton Loan Servicing LP<br>P.O. Box 4387<br>Houston, TX 77210-4387** | | | **4439 Cedar Bark Cv S**<br><br>VALUE $ **25,000.00** | | | | **70,859.86** | **45,859.86** |
| ACCOUNT NO.<br>**Litton Loan Servicing LP<br>P.O. Box 4387<br>Houston, TX 77210-4387** | | | **4442 Cedar Bark Cv S**<br><br>VALUE $ **25,000.00** | | | | **70,859.86** | **45,859.86** |
| ACCOUNT NO.<br>**Litton Loan Servicing LP<br>P.O. Box 4387<br>Houston, TX 77210-4387** | | | **4448 Cedar Bark Cv S**<br><br>VALUE $ **25,000.00** | | | | **69,490.83** | **44,490.83** |
| ACCOUNT NO.<br>**Litton Loan Servicing LP<br>P.O. Box 4387<br>Houston, TX 77210-4387** | | | **4452 Cedar Bark Cv S**<br><br>VALUE $ **25,000.00** | | | | **69,870.02** | **44,870.02** |
| ACCOUNT NO.<br>**Litton Loan Servicing LP<br>P.O. Box 4387<br>Houston, TX 77210-4387** | | | **4474 Cedar Bark Cv S**<br><br>VALUE $ **25,000.00** | | | | **71,106.36** | **46,106.36** |

Sheet no. **26** of **33** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ **423,697.35** | $ **273,697.35** |
| Total (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.**                                           Case No. _____
_____
            Debtor(s)                                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Litton Loan Servicing LP P.O. Box 4387 Houston, TX 77210-4387** | | | **4588 Longtree**<br><br>VALUE $ **25,000.00** | | | | **71,756.89** | **46,756.89** |
| ACCOUNT NO. **Litton Loan Servicing LP P.O. Box 4387 Houston, TX 77210-4387** | | | **4589 Longtree**<br><br>VALUE $ **25,000.00** | | | | **71,756.89** | **46,756.89** |
| ACCOUNT NO. **Litton Loan Servicing LP P.O. Box 4387 Houston, TX 77210-4387** | | | **4234 Wagon Wheel Dr**<br><br>VALUE $ **20,000.00** | | | | **52,086.89** | **32,086.89** |
| ACCOUNT NO. **Litton Loan Servicing LP P.O. Box 4387 Houston, TX 77210-4387** | | | **2448 Wellons**<br><br>VALUE $ **20,000.00** | | | | **49,688.12** | **29,688.12** |
| ACCOUNT NO. **Litton Loan Servicing LP P.O. Box 4387 Houston, TX 77210-4387** | | | **2456 Wellons**<br><br>VALUE $ **20,000.00** | | | | **49,688.14** | **29,688.14** |
| ACCOUNT NO. **Litton Loan Servicing LP P.O. Box 4387 Houston, TX 77210-4387** | | | **2462 Wellons**<br><br>VALUE $ **20,000.00** | | | | **49,652.46** | **29,652.46** |

Sheet no. ____**27**____ of ____**33**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    $ **344,629.39**    $ **214,629.39**

Total
(Use only on last page)    $              $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.**                                    Case No. _____
_____
      Debtor(s)                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Michelle Pettigrew** <br> **P.O. Box 22627** <br> **Memphis, TN 38122** | | | **2391 Hillside** <br><br><br> VALUE $ **19,000.00** | | | | **40,000.00** | **21,000.00** |
| ACCOUNT NO. <br> **Shelby County Trustee** <br> **P.O. Box 2751** <br> **Memphis, TN 38101** | | | **Property Tax - 0 Berkshire - Parcel no. 062-0560-0001-160** <br><br> VALUE $ | | | | **1,467.55** | **1,467.55** |
| ACCOUNT NO. <br> **Shelby County Trustee** <br> **P.O. Box 2751** <br> **Memphis, TN 38101** | | | **3048 Coleman** <br><br><br> VALUE $ | | | | **464.73** | **464.73** |
| ACCOUNT NO. <br> **Shelby County Trustee** <br> **P.O. Box 2751** <br> **Memphis, TN 38101** | | | **2479 Dana Cove** <br><br><br> VALUE $ **8,000.00** | | | | **308.93** | |
| ACCOUNT NO. <br> **Shelby County Trustee** <br> **P.O. Box 2751** <br> **Memphis, TN 38101** | | | **2209 Durham** <br><br><br> VALUE $ **15,000.00** | | | | **545.58** | |
| ACCOUNT NO. <br> **Shelby County Trustee** <br> **P.O. Box 2751** <br> **Memphis, TN 38101** | | | **3678 Fairoaks** <br><br><br> VALUE $ **12,000.00** | | | | **541.18** | |

Sheet no. _____**28**__ of ___**33**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | $ **43,327.97** | $ **22,932.28** |
|---|---|---|---|
| | Total (Use only on last page) | $ | $ |

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE __Dormer, Arnold R. Jr.__                                    Case No. _____
                  Debtor(s)                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Shelby County Trustee**<br>**P.O. Box 2751**<br>**Memphis, TN 38101** | | | **2505 Hale**<br><br>VALUE $ **5,000.00** | | | | **282.33** | |
| ACCOUNT NO.<br>**Shelby County Trustee**<br>**P.O. Box 2751**<br>**Memphis, TN 38101** | | | **4272 Hobson Cv**<br><br>VALUE $ **15,000.00** | | | | **610.43** | |
| ACCOUNT NO.<br>**Shelby County Trustee**<br>**P.O. Box 2751**<br>**Memphis, TN 38101** | | | **3708 Irma**<br><br>VALUE $ **12,000.00** | | | | **411.61** | |
| ACCOUNT NO.<br>**Shelby County Trustee**<br>**P.O. Box 2751**<br>**Memphis, TN 38101** | | | **215 Merton**<br><br>VALUE $ **13,000.00** | | | | **552.06** | |
| ACCOUNT NO.<br>**Shelby County Trustee**<br>**P.O. Box 2751**<br>**Memphis, TN 38101** | | | **3218 Mountain Terrace**<br><br>VALUE $ **12,000.00** | | | | **475.35** | |
| ACCOUNT NO.<br>**Shelby County Trustee**<br>**P.O. Box 2751**<br>**Memphis, TN 38101** | | | **4132 Mountain Terrace**<br><br>VALUE $ **20,000.00** | | | | **594.20** | |

Sheet no. __29__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **2,925.98**  $

Total (Use only on last page) $  $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.**                                    Case No. _____
_____
             Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Shelby County Trustee P.O. Box 2751 Memphis, TN 38101** | | | **4167 Mountain Terrace**  VALUE $ **20,000.00** | | | | 617.86 | |
| ACCOUNT NO.  **Shelby County Trustee P.O. Box 2751 Memphis, TN 38101** | | | **0 Mountain Terrace**  VALUE $ | | | | 674.16 | 674.16 |
| ACCOUNT NO.  **Shelby County Trustee P.O. Box 2751 Memphis, TN 38101** | | | **1131 National**  VALUE $ **10,000.00** | | | | 387.78 | |
| ACCOUNT NO.  **Shelby County Trustee P.O. Box 2751 Memphis, TN 38101** | | | **1137 National**  VALUE $ **10,000.00** | | | | 370.74 | |
| ACCOUNT NO.  **Shelby County Trustee P.O. Box 2751 Memphis, TN 38101** | | | **1149 National**  VALUE $ **10,000.00** | | | | 381.39 | |
| ACCOUNT NO.  **Shelby County Trustee P.O. Box 2751 Memphis, TN 38101** | | | **1616 Oberle**  VALUE $ **8,000.00** | | | | 425.08 | |

Sheet no. ___**30** of ___**33** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | $ **2,857.01** | $ **674.16** |
|---|---|---|---|
| | Total (Use only on last page) | $ | $ |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

IN RE Dormer, Arnold R. Jr.                                          Case No. _____
_____                                           (If known)
          Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Shelby County Trustee**<br>**P.O. Box 2751**<br>**Memphis, TN 38101** | | | **3067 Pershing**<br><br>VALUE $ **10,000.00** | | | | **281.24** | |
| ACCOUNT NO.<br>**Shelby County Trustee**<br>**P.O. Box 2751**<br>**Memphis, TN 38101** | | | **5980 Prairie Cv**<br><br>VALUE $ **25,000.00** | | | | **916.55** | |
| ACCOUNT NO.<br>**Shelby County Trustee**<br>**P.O. Box 2751**<br>**Memphis, TN 38101** | | | **1525 Roosevelt**<br><br>VALUE $ **15,000.00** | | | | **426.12** | |
| ACCOUNT NO.<br>**Shelby County Trustee**<br>**P.O. Box 2751**<br>**Memphis, TN 38101** | | | **4339 Waverly Farms**<br><br>VALUE $ **32,000.00** | | | | **1,075.92** | |
| ACCOUNT NO.<br>**Shelby County Trustee**<br>**P.O. Box 2751**<br>**Memphis, TN 38101** | | | **2492 Wellons**<br><br>VALUE $ | | | | **3,476.49** | **3,476.49** |
| ACCOUNT NO.<br>**Shelby County Trustee**<br>**P.O. Box 2751**<br>**Memphis, TN 38101** | | | **1438 Weymouth**<br><br>VALUE $ **15,000.00** | | | | **483.63** | |

Sheet no. ____**31**__ of ____**33** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ **6,659.95**   $ **3,476.49**

Total
(Use only on last page) $ _____   $ _____

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.**                                                    Case No. _____
_____
                    Debtor(s)                                                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Shelby County Trustee**<br>**P.O. Box 2751**<br>**Memphis, TN 38101** | | | **3360 Farmville**<br><br><br>VALUE $ **12,000.00** | | | | **581.71** | |
| ACCOUNT NO.<br>**Specialized Loan Servicing, LLC**<br>**P.O. Box 105219**<br>**Atlanta, GA 30348-5219** | | | **4147 Mountain Terrace**<br><br><br>VALUE $ **20,000.00** | | | | **51,819.49** | **31,819.49** |
| ACCOUNT NO.<br>**Urban Trust Bank**<br>**Payment Processing Center**<br>**P.O. Box 986**<br>**Newark, NJ 07184-0986** | | | **1154 Merchant - Duplex-A2**<br><br><br>VALUE $ **8,000.00** | | | | **26,574.32** | **18,574.32** |
| ACCOUNT NO.<br>**J.M. Adjustment Services**<br>**16600 18 Mile Road**<br>**Clinton Township, MI 48038** | | | **Assignee or other notification for:**<br>**Urban Trust Bank**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Wells Fargo Home Mortgage**<br>**P.O. Box 6417**<br>**Carol Stream, IL 60197-6471** | | | **4041 Knob**<br><br><br>VALUE $ **20,000.00** | | | | **47,172.20** | **27,172.20** |
| ACCOUNT NO.<br>**Wells Fargo Home Mortgage**<br>**P.O. Box 6417**<br>**Carol Stream, IL 60197-6471** | | | **4061 Knob**<br><br><br>VALUE $ **20,000.00** | | | | **47,172.31** | **27,172.31** |

Sheet no. ____**32**___ of ___**33**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)    $ **173,320.03**  $ **104,738.32**

Total (Use only on last page)    $                 $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE __Dormer, Arnold R. Jr.__         Case No. _____
                  Debtor(s)                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Wells Fargo Home Mortgage**<br>**P.O. Box 6417**<br>**Carol Stream, IL  60197-6471** | | | **4065 Knob**<br><br><br>VALUE $ **20,000.00** | | | | **47,172.31** | **27,172.31** |
| ACCOUNT NO.<br><br>**Wells Fargo Home Mortgage**<br>**P.O. Box 6417**<br>**Carol Stream, IL  60197-6471** | | | **4073 Knob**<br><br><br>VALUE $ **20,000.00** | | | | **47,172.24** | **27,172.24** |
| ACCOUNT NO.<br><br>**Wells Fargo Home Mortgage**<br>**P.O. Box 6417**<br>**Carol Stream, IL  60197-6471** | | | **4077 Knob**<br><br><br>VALUE $ **20,000.00** | | | | **47,172.64** | **27,172.64** |
| ACCOUNT NO.<br><br>**Wells Fargo Home Mortgage**<br>**P.O. Box 6417**<br>**Carol Stream, IL  60197-6471** | | | **4081 Knob**<br><br><br>VALUE $ **20,000.00** | | | | **47,172.26** | **27,172.26** |
| ACCOUNT NO.<br><br><br> | | | <br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br>VALUE $ | | | | | |

Sheet no. ____**33**___ of ___**33**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | $ **188,689.45** | $ **108,689.45** |
|---|---|---|---|
|  | Total (Use only on last page) | $ **8,870,487.91** | $ **5,727,611.68** |
|  | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE Dormer, Arnold R. Jr.                                    Case No. _____

                          Debtor(s)                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **Dormer, Arnold R. Jr.** 

Debtor(s)                                        Case No. _____

                                                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Internal Revenue Service P.O. Box 7346 Philadelphia, PA  19101-7346** | | | | | | | 3,500.00 | 3,500.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)    $ **3,500.00**    $ **3,500.00**    $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ **3,500.00**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ **3,500.00**    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Dormer, Arnold R. Jr.                                                    Case No. _____
_____                              _____
           Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4995**<br><br>**At&T Universal Card**<br>**P.O. Box 6500**<br>**Sioux Falls, SD  57117** | | | | | | | 3,832.23 |
| ACCOUNT NO. **9642**<br><br>**Bank Of  America**<br>**P.O. Box 15019**<br>**Wilmington, DE  19886** | | | | | | | 50,498.94 |
| ACCOUNT NO. **6803**<br><br>**Bank Of  America**<br>**P.O. Box 15019**<br>**Wilmington, DE  19886** | | | | | | | 3,857.19 |
| ACCOUNT NO.<br><br>**Chase Home Finance**<br>**3415 Vision Drive**<br>**Columbus, OH  43219** | | | **Alleged deficiency balance** | | | X | 212,699.00 |

_____ **1** continuation sheets attached

Subtotal
(Total of this page) $ 270,887.36

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Dormer, Arnold R. Jr.**                                                                    Case No. _____
        Debtor(s)                                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4523** <br><br> **Citi Cards** <br> **P.O. Box 6500** <br> **Sioux Falls, SD  57117** | | | | | | | **2,984.69** |
| ACCOUNT NO. **5578** <br><br> **Discover** <br> **P.O. Box 71084** <br> **Charlotte, NC  28272** | | | | | | | **15,056.44** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _____**1**_____ of _____**1**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **18,041.13**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **288,928.49**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6G (Official Form 6G) (12/07)**

**IN RE** Dormer, Arnold R. Jr.                                                                 Case No. _____
                               Debtor(s)                                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Dorothy Cathey Louwein**<br><br>**Multiple Tenants** | **month-to-month lease of residence at 5672 Longacre, Bartlett, Tenn.**<br><br>**Residential leases - Debtor as Lessor** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Dormer, Arnold R. Jr.**                                                Case No. _____
                    Debtor(s)                                                          (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

**IN RE** Dormer, Arnold R. Jr.                              Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Single** | RELATIONSHIP(S): | | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Real Estate Rentals** | |
| Name of Employer | **Self Employed** | |
| How long employed | | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ _____ | $ _____ |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $           **0.00** | $ _____ |
| 4. LESS PAYROLL DEDUCTIONS | | |
|  a. Payroll taxes and Social Security | $ _____ | $ _____ |
|  b. Insurance | $ _____ | $ _____ |
|  c. Union dues | $ _____ | $ _____ |
|  d. Other (specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $           **0.00** | $ _____ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $           **0.00** | $ _____ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $       **8,600.00** | $ _____ |
| 8. Income from real property | $ _____ | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance | | |
|  (Specify) **Social Security** | $       **1,028.00** | $ _____ |
| | $ _____ | $ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income | | |
|  (Specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $       **9,628.00** | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $       **9,628.00** | $ _____ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)                    $           **9,628.00**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor's net rental income fluctuates due to vacancies, collections and repair expenses**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Dormer, Arnold R. Jr.                                                    Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,500.00 |
|    a. Are real estate taxes included?    Yes ____  No ✓ | |
|    b. Is property insurance included?    Yes ____  No ✓ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ 550.00 |
|    b. Water and sewer | $ 50.00 |
|    c. Telephone | $ 60.00 |
|    d. Other  **Internet And Cable** | $ 135.00 |
| | $ |
| 3. Home maintenance (repairs and upkeep) | $ 305.00 |
| 4. Food | $ 800.00 |
| 5. Clothing | $ 200.00 |
| 6. Laundry and dry cleaning | $ 100.00 |
| 7. Medical and dental expenses | $ 300.00 |
| 8. Transportation (not including car payments) | $ 700.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 300.00 |
| 10. Charitable contributions | $ 500.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ |
|    b. Life | $ 1,306.00 |
|    c. Health | $ |
|    d. Auto | $ 56.00 |
|    e. Other  **Long Term Care** | $ 86.00 |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) _____ | $ |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ |
|    b. Other _____ | $ |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ 1,200.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other _____ | $ |
| | $ |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.    $ 8,148.00

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---|
|    a. Average monthly income from Line 15 of Schedule I | $ 9,628.00 |
|    b. Average monthly expenses from Line 18 above | $ 8,148.00 |
|    c. Monthly net income (a. minus b.) | $ 1,480.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE  Dormer, Arnold R. Jr.                                      Case No. _____
_____
            Debtor(s)                                                              (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **53** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August  4, 2011**_____        Signature: **/s/ Arnold R. Dormer, Jr.**_____
                                                            **Arnold R. Dormer, Jr.**                                                         Debtor

Date: _____        Signature: _____
                                                                                                                        (Joint Debtor, if any)
                                                                                    [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

                                                                    _____
                                                                    (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Western District of Tennessee, Western Division

**IN RE:**                                                               Case No. _____

<u>**Dormer, Arnold R. Jr.**</u>                                                                           Chapter <u>**11**</u>
<div align="center">Debtor(s)</div>

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>    **250.00/hr**</u>

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>    **23,961.00**</u>

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2.  The source of the compensation paid to me was:  ☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

<div align="center">CERTIFICATION</div>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____   **/s/ Russell W. Savory**
       **August  4, 2011**
<div align="center">Date</div>   **Russell W. Savory 12786**
**Gotten, Wilson, Savory & Beard, PLLC**
**88 Union Avenue 14th Floor**
**Memphis, TN 38103**
**(901) 523-1110 Fax: (901) 523-1139**
**russell.savory@gwsblaw.com**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201A (Form 201A) (12/09)                                                                                      Page 2

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B201B (Form 201B) (12/09)

**United States Bankruptcy Court**
**Western District of Tennessee, Western Division**

IN RE:                                                                  Case No. _____

**Dormer, Arnold R. Jr.** _____      Chapter **11** _____
<center>Debtor(s)</center>

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____      Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer      petition preparer is not an individual, state
Address:                                                              the Social Security number of the officer,
_____      principal, responsible person, or partner of
_____      the bankruptcy petition preparer.)
X _____      (Required by 11 U.S.C. § 110.)
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Dormer, Arnold R. Jr.** _____      X **/s/ Arnold R. Dormer, Jr.** _____      **8/04/2011**
Printed Name(s) of Debtor(s)                     Signature of Debtor                             Date

Case No. (if known) _____      X _____
                                           Signature of Joint Debtor (if any)                   Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22B (Official Form 22B) (Chapter 11) (12/10)

In re: **Dormer, Arnold R. Jr.**
_____
                    Debtor(s)

Case Number: _____
                    (If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. CALCULATION OF MONTHLY INCOME | | |
|---|---|---|

| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. <br> a. ☑ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.** <br> b. ☐ Married, not filing jointly. **Complete only Column A ("Debtor's Income") for Lines 2-10.** <br> c. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
|---|---|---|---|

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A** <br> **Debtor's** <br> **Income** | **Column B** <br> **Spouse's** <br> **Income** |
|---|---|---|---|
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. <table><tr><td>a.</td><td>Gross receipts</td><td>$      120,688.12</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$      112,060.74</td></tr><tr><td>c.</td><td>Business income</td><td>Subtract Line b from Line a</td></tr></table> | $    8,627.38 | $ |
| 4 | **Net rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. <table><tr><td>a.</td><td>Gross receipts</td><td>$</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td>Subtract Line b from Line a</td></tr></table> | $ | $ |
| 5 | **Interest, dividends, and royalties.** | $ | $ |
| 6 | **Pension and retirement income.** | $ | $ |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22B (Official Form 22B) (Chapter 11) (12/10)

| | | | |
|---|---|---|---|
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>| Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor $ _____   Spouse $ _____ | | $ | $ |
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a. _____ $ _____<br>b. _____ $ _____ | $ | $ |
| 10 | **Subtotal of current monthly income.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $   **8,627.38** | $ |
| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | $                    **8,627.38** | |

## Part II. VERIFICATION

| | |
|---|---|
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. (*If this a joint case, both debtors must sign.*)<br><br>Date: **August  4, 2011**          Signature: ***/s/ Arnold R. Dormer, Jr.***_____<br>                                                                                                    (Debtor)<br><br>Date: _____          Signature: _____<br>                                                                                            (Joint Debtor, if any) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Western District of Tennessee, Western Division**

IN RE:                                                    Case No. _____

Dormer, Arnold R. Jr. _____    Chapter **11** _____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **August  4, 2011** _____    Signature: **/s/ Arnold R. Dormer, Jr.** _____
                                                      **Arnold R. Dormer, Jr.**
                                                                                              Debtor


Date: _____    Signature: _____
                                                                                        Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

AHMSI
P.O. Box 660029
Dallas, TX  75266


America's Servicing Co.
P.O. Box 1820
Newark, NJ  07101-1820


Ashley or Mason Bailey
2370 Brook Hollow Cove
Memphis, TN  38119


At&T Universal Card
P.O. Box 6500
Sioux Falls, SD  57117


Aurora Loan Services
P.O. Box 78111
Phoenix, AZ  85062-8111


Banco Popular North America
Loan Ops
9600 West Bryn Mawr
Rosemont, IL  60018


Bancorp South Mortgage
P.O. Box 3356
Tupelo, MS  38803-3356


Bank Of  America
P.O. Box 15019
Wilmington, DE  19886


Central Loan Administration & Reporting
P.O. Box 11733
Newark, NJ  07101-4733

Chase
P.O. Box 9001123
Louisville, KY  40290-1123


Chase
P.O. Box 94014
Palatine, IL  60094


Chase Home Finance
3415 Vision Drive
Columbus, OH  43219


Citi Cards
P.O. Box 6500
Sioux Falls, SD  57117


City Of Memphis
P.O.Box 185
Memphis, TN  38101


Discover
P.O. Box 71084
Charlotte, NC  28272


EMC Payment Processing
P.O. Box 660753
Dallas, TX  75266-0753


Gmac Mortgage
P.O. Box 79135
Phoenix, AZ  85062-9135


Independent Bank
5050 Poplar Avenue
Memphis, TN  38157

Insouth Bank
P.O. Box 627
Covington, TN  38019


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346


J.M. Adjustment Services
16600 18 Mile Road
Clinton Township, MI  48038


Linebarger Goggan Blair & Sampson Llp
Attorneys At Law
40 S. Main Street, Ste 2250
Memphis, TN  38103


Litton Loan Servicing LP
P.O. Box 4387
Houston, TX  77210-4387


Michelle Pettigrew
P.O. Box 22627
Memphis, TN  38122


Shelby County Trustee
P.O.  Box 2751
Memphis, TN  38101


Specialized Loan Servicing, LLC
P.O. Box 105219
Atlanta, GA  30348-5219

Urban Trust Bank
Payment Processing Center
P.O. Box 986
Newark, NJ   07184-0986


Weiss Spicer Cash, PLLC
208 Adams Avenue
Memphis, TN   38103


Wells Fargo Home Mortgage
P.O. Box 6417
Carol Stream, IL   60197-6471


Wilson & Associates
1521 Merrill Drive, Suite D-220
Little Rock, AR   72211