UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

IN RE:

    ARNOLD R. DORMER, JR,                            Case No. 11-27934-PJD

    Debtor.                                                        Chapter 11

---

NOTICE OF PRIVATE SALE OF 1997 MERCURY MARQUIS

---

Comes now Arnold R. Dormer, Jr., pursuant to Rule 6004 of the Federal Rules of Bankruptcy Procedure and gives Notice of his proposed private sale of a 1997 Mercury Marquis Automobile to Richard Feltus for $1,500. Based on his business judgment, the Debtor has determined that the proposed sale is for fair market value and would be in the best interest of the bankruptcy estate

                                                  Respectfully submitted,

                                                  GOTTEN, WILSON, SAVORY & BEARD, PLLC

                                                  /s/ Russell W. Savory

                                                  Russell W. Savory (12786)
                                                  Attorney for Arnold R. Dormer, Jr.
                                                  88 Union Avenue, 14th Floor
                                                  Memphis, TN   38103
                                                  901-523-1110

<u>CERTIFICATE OF SERVICE</u>

      I, Russell W. Savory, do hereby certify that a true and genuine copy of the foregoing pleading has been served on all parties listed on the Matrix by electronic notice or U.S. Mail, this 19th Day of October, 2011.

                                                  /s/ Russell W. Savory

                                                _____
                                                Russell W. Savory