UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

IN RE:

    ARNOLD R. DORMER, JR,                              Case No. 11-27934-PJD

    Debtor.                                                               Chapter 11

---

NOTICE OF PRIVATE SALE OF 1997 MERCEDES 300D

---

Comes now Arnold R. Dormer, Jr., pursuant to Rule 6004 of the Federal Rules of Bankruptcy Procedure and gives Notice of his proposed private sale of a 1997 Mercedes 300D Automobile, which is wrecked and not operable, to Michael Lewis in exchange for services to be rendered valued at $500.00.  Based on his business judgment, the Debtor has determined that the proposed sale is for fair market value and would be in the best interest of the bankruptcy estate.

        Respectfully submitted,

        GOTTEN, WILSON, SAVORY & BEARD, PLLC

        /s/ Russell W. Savory

        Russell W. Savory (12786)
        Attorney for Arnold R. Dormer, Jr.
        88 Union Avenue, 14th Floor
        Memphis, TN   38103
        901-523-1110

CERTIFICATE OF SERVICE

I, Russell W. Savory, do hereby certify that a true and genuine copy of the foregoing pleading has been served on all parties listed on the Matrix by electronic notice or U.S. Mail, this 19th Day of October, 2011.

        /s/ Russell W. Savory
        _____
        Russell W. Savory