**Dated: July 10, 2012**
**The following is SO ORDERED:**



_____
Paulette J. Delk
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION
_____

IN RE:

    ARNOLD R. DORMER, JR.,                                   Case No. 11-27934-PJD

    Debtor.                                                                   Chapter 11
_____

AGREED ORDER RESOLVING THE OBJECTION OF WELLS FARGO BANK, N.A., TO
CONFIRMATION REGARDING REAL PROPERTY LOCATED AT 4135 MOUNTAIN
TERRACE, MEMPHIS, TENNESSEE
_____

        Came before this Honorable Court the Debtor and America's Servicing Company, by counsel, and stated that they have resolved their differences with regard to the Objection to Confirmation of Plan of Reorganization of Debtor as to Class 16 [Docket No. 312], as follows:

        A.      Paragraph 4.16 of the Second Amended Plan of Reorganization filed with this Court on January 17, 2012 shall be modified to provide for an allowed secured claim of $24,000.00 and an interest rate of 5.25%. Any subsequent Amended Plan shall incorporate this modification as to this Class. All non-monetary terms and conditions as set forth in the original

Case 11-27934    Doc 592    Filed 07/11/12    Entered 07/11/12 10:11:30    Desc Main
Document - Objection to Confirmation of the Ch 11 Plan    Page 2 of 2

2

loan documents (Note and Deed of Trust) executed by and between the parties shall remain in full force and effect.

   B.  Wells Fargo Bank, N.A., accepts the Plan as modified herein as to Class 16.

Approved by:

/s/ Russell W. Savory
Russell W. Savory (12786)
Attorney for Mr. Dormer
88 Union Avenue, 14th Floor
Memphis, TN 38103
901-523-1110


/s/ Joel W. Giddens (with permission)
_____
Joel W. Giddens
Wilson & Associates, PLLC
5050 Poplar Avenue, Suite 115
Memphis, TN 38157
(901)578-9914


Parties to be served:

Matrix

2