**Dated: December 19, 2012**
**The following is SO ORDERED:**

_____
Paulette J. Delk
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

IN RE:

    ARNOLD R. DORMER, JR.              Case No. 11-27934-PJD

    Debtor.                                  Chapter 11

_____

ORDER GRANTING MOTION TO ADMINISTRATIVELY CLOSE CASE PENDING
APPLICATION FOR ENTRY OF DISCHARGE

_____

      Upon the Motion to Administratively Close Case filed on behalf of the Debtor, the Court having considered the Motion, and based on the record as a whole, it appears that the Application should be granted.

IT IS, THEREFORE, ORDERED that this case be and is hereby administratively closed pending the Debtor's Application for Entry of Discharge.

Approved by:


/s/ Russell W. Savory

Russell W. Savory (12786)
88 Union Avenue, 14th Floor
Memphis, TN   38103
901-523-1110


Parties to be served:


Matrix