**Dated: August 15, 2018**
**The following is SO ORDERED:**

_____
Paulette J. Delk
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | |
|---|---|
| IN RE: | |
| ARNOLD R. DORMER, JR. | Case No. 11-27934-PJD |
| Debtors. | Chapter 11 |

_____

ORDER GRANTING EMERGENCY MOTION TO REOPEN CASE

_____

This case came on for hearing upon the Reorganized Debtor's Emergency Motion to Reopen Case for the Purpose of Enforcing Terms of the Confirmed Plan and to Apply for Discharge, and based on the statements of counsel and the record as a whole, no objection having been made or filed, it appears that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that this case be and is hereby reopened.

IT IS FURTHER ORDERED that the reopening fee be and is hereby waived for good cause shown.

Approved by:

/s/ Russell W. Savory

Russell W. Savory (12786)
Attorney for Debtor
119 South Main Street, Suite 500
Memphis, TN   38103
901-523-1110

Parties to be served:

Matrix