UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **ARNOLD R. DORMER, JR.,** | Case No. 11-27934-PJD |
| Debtor | Chapter 11 |

### MOTION TO DETERMINE LOAN BALANCES OWED BY REORGANIZED DEBTOR TO OCWEN FINANCIAL CORPORATION, AS ASSIGNEE OF GMAC MORTGAGE, LITTON, AND AHMSI

Comes now Arnold R. Dormer, Jr., the Reorganized Dormer ("Dormer"), by counsel, and moves the Court, pursuant to the terms of the Confirmed Plan of Reorganization, to determine proper balances owed by Dormer to Ocwen Financial Corporation ("Ocwen"), as assignee of GMAC Mortgage, Litton and AHMSI, and in support of his Motion, would show the Court as follows:

**FACTS**

1. This Chapter 11 case was filed on August 5, 2011.

2. On January 27, 2012, Dormer filed his Second Amended Plan of Reorganization (the "Plan"). GMAC, Litton and AHMSI were listed as creditors under Classes 5, 6, 7, 120, 134, 144, 145, 146 and 147 of the Plan.

3. GMAC and AHMSI filed certain objections to the Plan. Dormer and counsel for these mortgage servicers resolved the objections by making modifications to the treatment of Class claims as set forth in multiple Agreed Orders

[D.E. ] filed on .

4. On August 30, 2012, the Court entered its Order Confirming Plan [D.E. 652].

5. Pursuant to the terms of the confirmed Plan, successors in interest to Ocwen were listed as creditors holding first priority deeds of trust on the following parcels of real property:

| Class No. | Secured Claim | Property Address |
| --- | --- | --- |
| 5 | $ | 4037 Knob, Memphis, TN |
| 6 | $ | 2512 Labonte, Memphis, TN |
| 7 | $ | 4056 Mountain Terrace, Memphis, TN |
| 120 | $ | 1152 Merchant |
| 134 | $ | 4212 Beacon Hills |
| 144 | $ | 4234 Wagon Wheel, Memphis, TN |
| 145 | $ | 2448 Wellons, Memphis, TN |
| 146 | $ | 2456 Wellons, Memphis, TN |
| 147 | $ | 2462 Wellons, Memphis, TN |

6. The effective date of the Plan was October 15, 2012.

7. The Debtor is current with all payments under the Plan. In spite of repeated communications requesting that Ocwen recognize the effect of the confirmed Plan and adjust its records accordingly, it has failed and refused to do so.

WHEREFORE, Dormer prays that the Court make a determination that the principal balance owed to Ocwen is as set out in the Plan and Agreed Orders resolving the Objections to Confirmation as of the Effective Date and that all payments due under the Plan are current, that the Court compel Ocwen to comply with the terms of the Agreed Orders, Plan and the Order Confirming Plan and provide correct statements, and for such other relief to which he may be entitled.

Respectfully submitted,

BEARD & SAVORY, PLLC

/s/ Russell W. Savory

Russell W. Savory (12786)
Attorney for Arnold R. Dormer, Jr.
119 South Main Street, Suite 500
Memphis, TN   38103
901-523-1110

CERTIFICATE OF SERVICE

I, Russell W. Savory, do hereby certify that a true and genuine copy of the foregoing pleading has been served on following parties by electronic notice or U.S. Mail, this 2nd day of October, 2018:

/s/ Russell W. Savory
_____
Russell W. Savory