**Dated: October 25, 2018**
**The following is SO ORDERED:**

_____
**Paulette J. Delk**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| IN RE: | |
| ARNOLD R. DORMER, JR., | Case No. 11-27934-PJD |
| Debtor. | Chapter 11 |

ORDER GRANTING MOTION FOR ENTRY OF DISCHARGE

Upon the Motion for Entry of Discharge filed on behalf of the reorganized debtor (the "Motion"), it appearing that no objection was filed, and based on the record as a whole, it appears that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that the Debtor's Motion for Entry of Discharge be and is Granted, and, therefore, the Debtor is hereby granted a Discharge as set out in 11 U.S.C. Section 1141(d)(1)(A).

Approved by:

/s/ Russell W. Savory

_____

Russell W. Savory (12786)
Attorney for Debtor
119 South Main Street, Suite 500
Memphis, TN   38103
901-523-1110


Parties to be served:

Matrix