**Dated: November 30, 2018**
**The following is SO ORDERED:**

_____
Paulette J. Delk
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **ARNOLD R. DORMER, JR.,** | Case No. 11-27934-PJD |
| **Debtor** | Chapter 11 |

**ORDER GRANTING MOTION TO DETERMINE LOAN BALANCES OWED BY REORGANIZED DEBTOR TO NATIONSTAR MORTGAGE, AS ASSIGNEE OF CENLAR AND AURORA BANK FSB**

This cause was heard on November 27, 2018 upon the Motion of Arnold R. Dormer, Jr., the Reorganized Dormer ("Dormer"), to determine proper balances owed by Dormer to Nationstar Mortgage, as assignee of Cenlar FSB and Aurora Bank FSB, and based on the record as a whole, and the statements of counsel, there having been no objection made or filed, it appears that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED, AND THE COURT FINDS AS FOLLOWS:

A. On January 27, 2012, Dormer filed his Second Amended Plan of Reorganization (the "Plan"). Cenlar and Aurora were listed as creditors under Classes 26, 27, 29 and 64 of the Plan.

B. Cenlar FSB and Aurora Bank FSB, filed certain objections to the Plan. See , D.E. 233 (Class 26), D.E. 320 (Class 27), and D.E. 486 (Class 64). Dormer and resolved the objections by making modifications to the treatment of Classes 26, 27 and 64 claims as set forth in the Agreed Orders docketed at D.E. 614, 626 and 630. No objection was filed as to Aurora's Class 29 claim. Nationstar is the successor in interest with regard to these Classes.

C. On August 30, 2012, the Court entered its Order Confirming Plan [D.E. 652].

D. Pursuant to the terms of the confirmed Plan and Agreed Orders, the predecessors in interest to Nationstar were listed as creditors holding first priority deeds of trust on the following parcels of real property, with the following secured claim amounts as of the Effective Date of the Plan:

| Class No. | Secured Claim | Property Address |
| --- | --- | --- |
| 26 | $21,900.00 | 4146 Mountain Terrace, Memphis, TN |
| 27 | $22,000.00 | 4155 Mountain Terrace, Memphis, TN |
| 29 | $20,000.00 | 4175 Mountain Terrace, Memphis, TN |
| 64 | $22,000.00 | 4090 Mountain Terrace, Memphis, TN |

E. The effective date of the Plan was October 15, 2012.

F. The Debtor is current with all post-confirmation payments under the Plan.

IT IS FURTHER ORDERED that Nationstar Mortgage be and is hereby compelled to comply with the terms of the Agreed Orders, Plan and the Order Confirming Plan, as set out above, and to provide correct statements in strict conformance with this Order to the Reorganized Debtor accordingly.

Approved by:


/s/ Russell W. Savory

Russell W. Savory (12786)
Attorney for Arnold R. Dormer, Jr.
119 South Main Street, Suite 500
Memphis, TN   38103
901-523-1110

Parties to be served:

Nationstar/Mr. Cooper
Lake Vista 4
800 State Highway 121 Bypass
Lewisville, TX 75067